# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

<u>MIDDLE</u>   Division

RECEIVED
in Clerk's Office

AUG 26 2021

U.S. District Court
Middle District of TN

**03-21 0666**

|  |  |
|---|---|
| I/M HENRY LEE JONES #455040 | )  Case No. |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
|  | ) |
| TONY MAYS, et al. | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    I/M HENRY LEE JONES,

All other names by which
you have been known:    N/A.

ID Number    #455040

Current Institution    Riverbend Maximum Security Institution.

Address    7475 Cockrill Bend Ind. Blvd,

Nashville,    TN.    37209-1048
*City*    *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    TONY MAYS, et al.

Job or Title *(if known)*    WARDEN

Shield Number    N/A.

Employer    Riverbend Maximum Security Institution.

Address    7475 Cockrille Bend Ind. Blvd,

Nashville,    TN.    37243
*City*    *State*    *Zip Code*

[X] Individual capacity    [ ] Official capacity

Defendant No. 2

Name    Ernest Lewis, et al.

Job or Title *(if known)*    Associate Warden Of Security.

Shield Number    N/A.

Employer    Riverbend Maximum Security Institution.

Address    7475 Cockrill Bend Ind. Blvd,

Nashville,    TN    37243
*City*    *State*    *Zip Code*

[X] Individual capacity    [ ] Official capacity

Defendant No. 3

| | |
|---|---|
| Name | GEORGE FIRESTINE, |
| Job or Title *(if known)* | UNIT MANAGER FOR DEATH ROW HOUSING. |
| Shield Number | N/A. |
| Employer | Riverbend Maximum Security Institution. |
| Address | 7475 Cockrill Bend Ind.Blvd, |

| Nashville, | TN. | 37243 |
|---|---|---|
| *City* | *State* | *Zip Code* |

[X] Individual capacity    [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | F/N/U  S. WARD, |
| Job or Title *(if known)* | R.M.S.I. GRIEVANCE CHAIRPERSON (SECURITY) |
| Shield Number | N/A. |
| Employer | Riverbend Maximum Security Institution. |
| Address | 7475 Cockrill Bend Ind. Blvd, |

| Nashville, | TN. | 37243 |
|---|---|---|
| *City* | *State* | *Zip Code* |

[X] Individual capacity    [ ] Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
CIVIL RIGHTS,HUMAN RIGHTS,TITLE VI BIAS & DISCRIMINATION TREATMENT CARRY OUT BY OFFICER/STAFF,FOURTEENTH AMENDMENT,EIGHT AMENDMENT,OFFICERS /STAFF PROHIBIT/BLOCKING VICTIM/INMATE FROM SEEKING LEGAL ACTION (VIOLATED INMATE/VICTIM FIRST AMENDMENT) *OFFICER ALLOW TO TREAT INMATES AS SLAVE (ISSUE OUT UNSAFE MEALS AND SEXUAL HARASSMENT) SOME OF THESE VIOLATION ARE CRIMINAL OFFENSES (AGAINST INMATES/VICTIMS).

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A (THE PLAINTIFF ARE IN (HOUSING) AT STATE CUSTODY/PRISON).

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    \* PLEASE SEE ATTACH ADDITIONAL PAGES IN THIS MATTER/CLAIM.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*      N/A.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    \* PLEASE SEE ATTACHMENT ADDITIONAL PAGES.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

    \* PLEASE SEE ATTACHMENT ADDITIONAL PAGES (STATEMENT OF EACH INCIDENTS).

C.     What date and approximate time did the events giving rise to your claim(s) occur?

\* PLEASE SEE ATTACH ADDITIONAL PAGES (DATE AND TIME IN DETAIL),
AS OF TODAY (05/06/2021) OFFICER TERRY FOSTER,SGT.D.CASTILLO,OFFICER
MICHAEL CARTER,SGT.L.STOKES,AND CPL.JAMIE DAVIS ARE STILL CARRY OUT
UNCONSTITUTIONAL ATTACKS AGAINST THE PLAINTIFF AND HIS PROPERTY.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

\* PLEASE SEE ADDITIONAL PAGES (STATEMENT AND DETAIL OF WHAT HAPPENED.)

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

\* MENTALLY TRAUMA,PERSONAL PROPERTY DAMAGE AND THE COST OF DAMAGE PRO-
PERTY,INTERFERENCE WITH CRIMINAL CASE DEFENSE (OFFICER TERRY FOSTER
WOULD GO INTO THE PLAINTIFF CELL AND STEAL & ATTACK/DAMAGE THE PLAIN-
TIFF CRIMINAL CASE DISCOVERY RECORDS DAMAGE & STEAL/ATTACK,THE PLAIN-
TIFF REPORTED THESE VIOLATION TO THE R.M.S.I. ADMIN AND TO THE POST-
CONVICTION ATTORNEY OFFICE). THE PROBLEM WASN'T CORRECTED OR ADDRESSED.

\* AFTER BEEN FOOD POISON BY OFFICERS ON TWO OCCASION (THE PLAINTIFF CAN
NOT ENJOY HAS DAILY MEAL ISSUE BY OFFICERS.
\* FINANCE PROBLEM (THE COST OF THIS SUIT AND THE COST OF DAMAGE PROPERTY.)

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

\* THE PLAINTIFF REQUEST FOR TRIAL AGAINST THESE STATE EMPLOYEE,
\* REQUEST FOR DAMAGE AND PUNITIVE DAMAGE $300,000.00,
\* REQUEST FOR THE DEFENDANT'S TO PAY ALL COURT COST AND ATTORNEY FEE,
\* REQUEST FOR THE COURT TO ORDER AN FEDERAL AGENCY TO INVESTIGATE THE
CIVIL RIGHTS ,HUMAN RIGHTS,SEXUAL HARASSMENT VIOLATION THAT WAS COM-
MITED BY OFFICERS AGAINST INMATES/VICTIMS (OFFICERS ATTACKED THE PL-
AINTIFF WITH UNCONSTITUTIONAL DIRTY SLAVE TACTICS/TAUNTED.)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

 * Riverbend Maximum Security Institution.
 7475 Cockrill Bend Ind.Blvd,
 Nashville, TN 37209-1048

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes   PLEASE SEE ADDITIONAL PAGES WITH DATE & TIME,THE GRIEVANCE
CHAIRPERSON (CPL.S.WARD) REFUSED TO PROCEED ON SOME OF TH-
☐ No    ESE GRIEVANCED BY THE PLAINTIFF (THE GRIEVANCES DISAPPEAR
AND GO UNANSWER OR NO RESPONSED).THIS HAPPEN ON NUMEROUS OF
☐ Do not know   GRIEVANCES FILED BY THE PLAINTIFF.

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes  AGAIN SOME OF THESE GRIEVANCE DISAPPEAR WITHOUT GOOD REASON
CAUSE (GRIEVANCES AGAINST OFFICER.T.FOSTER,M.CARTER,AND THE
☐ No   SEXUAL HARASSMENT GRIEVANCES ALL DISAPPEARED.)
☐ Do not know

If yes, which claim(s)?

 * PLEASE SEE ATTACH ADDITIONAL PAGES WITH DATE & TIME.

 (INCLUDE STATEMENTS.)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

NO ACTION AT NO OTHER PRISON OR FACILITY.

2.    What did you claim in your grievance?

N/A.
PENDING FEDERAL LAWSUIT CASE AGAINST FOUR R.M.S.I. OFFICERS/ DEFENDANTS (KEYS,CASTILLO,FOSTER,TATE.) CASE NO.3:19-cv-00795 IN NASHVILLE, TN.

3.    What was the result, if any?

N/A.
PENDING FEDERAL LAWSUIT CASE AGAINST FOUR R.M.S.I. OFFICERS/ DEFENDANTS (KEYS,CASTILLO,FOSTER,TATE.) CASE NO.3:19-cv-00795 IN NASHVILLE, TN.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

THE CASE STILL PENDING CASE NO.3:19-cv-00795.

Case 3:21-cv-00666    Document 1    Filed 08/26/21    Page 7 of 67 PageID #: 7.

Page 7 of 11

F.  If you did not file a grievance:  * THE PLAINTIFF FILED AN GRIEVANCE FORM IN
                                          EVERY INCIDENTS IN THIS MATTER/CLAIM.

1.  If there are any reasons why you did not file a grievance, state them here:
    * AGAIN THE INSTITUTION REFUSED TO PROCESS (SOME OF THESE GRI-
    EVANCES DISAPPEARED WITHOUT ANY RESPOND OR ANSWER)THIS HAPP-
    EN NUMEROUS OF TIME.
    * THE PLAINTIFF IS NOT ALLOW TO KEEP ANY COPIES,NO PERSON OR
    OFFICER/STAFF ARE NOT LOGING THE GRIEVANCE DROP OFF BOX.ONCE
    THE PLAINTIFF DROP IT IN THE BOX IT IN THE INSTITUTION HANDS.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed,
    when and how, and their response, if any:
    * FOR THE LAST TWO YEARS THE PLAINTIFF HAS BEEN REPORTING THE-
    SE INCIDENTS TO THE UNIT-MANAGER,R.M.S.I. ADMIN,MY ATTORNEYS,
    AND ATTEMPT TO MAKE CONTACT WITH OTHER GOVERNMENT OFFICE ABO-
    UT THESE ATTACKS (SOME OF THESE LETTERS OR ALMOST ALL LETTERS
    WAS STOPED OR CONFISCATED BY THE MAIL ROOM OFFICERS TO PROHI-
    BIT/BLOCKED THESE PROCESSING.)

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies.

    * THE PLAINTIFF FORWARD A COPY OF ALL DOCUMENT RECORDS.

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
    administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

        N/A.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   [X] Yes   *THE CASE IS STILL PENDING CASE NO.3:19-cv-00795 IN NASH-
             VILLE TN FEDERAL COURT (ABOUT PRISON CONDITION,ATTACKS
   [ ] No    STILL HAPPENING TODAY,OFFICERS ALLOW TO TREAT INMATES/
             VICTIM LIKE SLAVE,THE ADMIN BLOCKING/PROHIBIT VICTIM/INM-
             ATE FROM EXERCISE HIS FIRST AMENDMENT IN THESE ATTACKS.)

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

        Plaintiff(s)   I/M HENRY LEE JONES #455040

        Defendant(s)   TONY MAYS, et al.

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        YES, UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
             NASHVILLE DIVISION.

   3.   Docket or index number

        CASE NO. 3:19-cv-00795.

   4.   Name of Judge assigned to your case

        Honorable Aleta A.Trauger, District Judge,

   5.   Approximate date of filing lawsuit

        09/10/2019 (THE HARASSMENT STILL GOING DOWN AS TODAY (SAME DE-
        FENDANTS ATTACKING THE PLAINTIFF PROPERTY AND LEGAL MATERIAL.)

   6.   Is the case still pending?

        [X] Yes

        [ ] No

        If no, give the approximate date of disposition.          N/A.

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        * THE CASE STILL PENDING.

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        NO.

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  I/M HENRY LEE JONES #455040
   THAT CASE STILL PENDING (CASE NO.3:19-cv-00795.)

   Defendant(s)  TONY MAYS, et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A.

3. Docket or index number

   N/A.

4. Name of Judge assigned to your case

   N/A.

5. Approximate date of filing lawsuit

   N/A.

6. Is the case still pending?

   ☒ Yes  I ONLY HAVE ONE CASE PENDING (CASE NO.3:19-cv-00795.)
   NEVER FILE ANY OTHER LAWSUIT.
   ☐ No

   If no, give the approximate date of disposition          N/A.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  ~~MAY 17, 2021~~ *AUGUST 05, 2021*

Signature of Plaintiff       *Henry Lee Jones #455040*

Printed Name of Plaintiff    I/M HENRY LEE JONES

Prison Identification #      #455040

Prison Address               Riverbend Maximum Security Institution.
                             7475 Cockrill Bend Ind.Blvd,

                             NASHVILLE,              TN.        37209-1048
                             *City*                *State*     *Zip Code*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

                             _____
                             *City*              *State*      *Zip Code*

Telephone Number             _____

E-mail Address               _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE TENNESSEE DIVISON

SECTION 1983 CIVIL RIGHTS COMPLAINT:

I/M HENRY LEE JONES #455040
     Plaintiff,

.V.                                          CASE NO._____

ERNEST LEWIS et al,
     Defendant,
GEORGE FIRESTINE                             LINDA  STOKES
     Defendant,                                   Defendant,
(F/N/U) S.WARD                               CHRIS GILLIAM,
     Defendant,                                   Defendant,
KELLY HUNT                                   MICHAEL D.KEYS
     Defendant,                                   Defendant,
WILLIAM A.GREEN
     Defendant,                              (F/N/U)  HERRO
JESSIA A.CALOWELL                                 Defendant,
     Defendant,
DOMINGO A.CASTILLO                           MICHAEL CARTER,
     Defendant,                                   Defendant,
TERRY FOSTER                                 TAMEA BUTLER,
     Defendant,                                   Defendant,
RICHARD E.SIMMONS                            DjUANA HODGES,
     Defendant,                                   Defendant,
JAMIE A.DAVIS                                CHRISTI SORENSEN,
     Defendant,                                   Defendant,
WARREN S.TATE                                (F/N/U)  LLOYD,
     Defendant,                                   Defendant,

PLEASE ANSWER ALL OF THE FOLLOWING QUESTION:

I.   PLACE OF PRESENT CONFINEMENT:

     RIVERBEND MAXIMUM SECURITY INSTITUTION.
     7475 COCKRILL BEND IND.BLVD,
     NASHVILLE, TENNESSEE 37243-0471

     TELEPHONE:615-350-3100,tn.gov/correction.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

Exhausted Administrative remedies is required to pursuing a civil rights Action regarding conditions present in any prison, jail, or detention center 42 U.S.C. $ 1983 (a) plaintiff is warned thtat any claims for which the administrative grievance process was not completed prior to filing this lwasuit may be subject to dismissal.

ON [ ] YES [X] The plaintiff Henry Lee Jones #455040 file an inmate grievance form/complaint with R.M.S.I. AUTHORITIES ON NOVEMBER 10,2020 (TUESDAY) NINE (9) PAGE GRIEVANCE ON HUMAN RIGHTS,CIVIL RIGHTS,T.D.O.C. POLICIES & RULES VIOLATION,The plaintiff receiving discrimination treatment along with bias 7 prejudice treatment by officials and staff.

R.M.S.I. ADM. ALLOW OFFICIALS TO CARRY OUT CONSPIRACY PLOTS AGAINST INMATES,OFFICIALS ALLOW TO USE UNCONSTITUTIONAL SLAVE TACTICS AGAINST INMATES WHO EXERCISE THESE GRIEVANCE PROCESS AND THE COURT SYSTEM,OFFICIALS ALLOW TO VIOLATED INMATES STATE & FEDERAL CONSTITUTIONS RIGHTS,OFFICIALS ALLOW TO USE ILLEGAL SEGREGATION CONFINEMENT AS PUNISHMENT TOOL TO SILENT INMATES AND TO INTIMIDATE (FRIGHTEN) INMATES SEXUAL HARASSMENT OFFENSES AGAINST INMATE INSIDE THIS UNIT (DEATH ROW HOUSING),OFFICIALS ALLOW TO VIOLATED INMATES FIRST AMENDMENT, FIFTH,EIGHTH,FOURTEENTH AMENMENTS,AND PROHIBIT INMATES FROM SEEKING ANY JUSTICE OR LEGAL ACTION (the plaintiff is a victim of these attacks.

*I AM (the plaintiff) SEEKING LEGAL ACTION IN THESE VIOLATION.

## III. PREVIOUS LAWSUITS:

A.  Have you initiated other lawsuits in State court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof ? YES [X]  NO []."NOT IN STATE COURT".

B.  Have you initiated other lawsuits in FEDERAL COURT dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or condition thereof ? YES [X] NO [].

*FEDERAL DISTRICT COURT (UNITED STATES).MIDDLE DISTRICT OF TENNESSEE NASHVILLE TENNESSEE DIVISION (CASE NO.3:19-cv-00795,JUDGE Aleta A. Trauger THE CASE IS STILL PENDING).

C.  If your answer to either A or B is YES,PLEASE describe each lawsuit in the space provided below.If there is more than one lawsuit,PLEASE describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.  Parties to previous lawsuit: YES (42 U.S.C. $ 1983 complaint/claim, the plaintiff was illegal placed in segregation confinement with any T.D.O.C. DUE PROCESSING "BLOCKED AND PROHIBIT FROM CHALLENGE HIS ILLEGAL PUNISHMENT",SECOND CLAIM/COMPLAINT IN THE SAME LAWSUIT OFFICIALS (SGT.D.CASTILLO AND OFF.TERRY FOSTER) ATTACKED THE PLAINTIFF PERSONAL PROPERTY (DAMAGE,BROKE,AND SABOTAGE TRYING TO PROVOKE THE PLAINTIFF INTO AN VERBAL OR PHYSICAL ALTERCATION USING DIRTY TACTICS.

2 of 45.

PARTIES TO PREVIOUS LAWSUIT:

1. PLAINTIFF:     Henry Lee Jones #455040 "ONLY"CASE NO.3:19-cv-00795

   DEFENDANT(S):  Michael D. Keys,Warren S. Tate, Domingo A. Castillo,
                  Terry Foster.

2. Court (If Federal court,name the district,if State court,name the
   county): YES [X] UNITED STATES DISTRICT COURT.
                    MIDDLE DISTRICT OF TENNESSEE.
                    NASHVILLE,TENNESSEE DIVISION.

3. Docket Number:  CASE NO.3:19-cv-00795.

4. Name Of Judge:  JUDGE ALETA A. TRAUGER.

5. Briefly describe the facts and basis of the lawsuit:
   High rank Riverbend Maximum Security Institution authorities
   illegal placing the plaintiff in segregation confinement with
   out any T.D.O.C. Policies or Hearing due process,or without any
   written statement or good reason.*The second conbin claim/compl-
   aint/lawsuit officer Terry Foster and SGT.Domingo A. Castillo at-
   tack the plaintiff personal property (when the plaintiff attend/
   participate in daily recreation activities).The plaintiff will
   return from recreation yard and discovery (find) personal pro-
   perty damage,broken and sabotage. (LAWSUIT STILL PENDING CASE NO.
   3:19-cv-00795).

   R.M.S.I. authorities (OFFICIALS) did not report any of these vio-
   lation (attacks) against the plaintiff or the plaintiff personal
   property,The plaintiff was also blocked and prohibit from challe-
   nge these attacks and officials misconduct at the institution le-
   vel (THE INMATE GRIEVANCE WAS BLOCKED AND NOT PROCESS "NO RESPON-
   SE OR ANSWER FROM THE ADM STAFF" NO RELIEF OF ANY KIND,THE DEFEN-
   DANTS ALLOW TO CONTINUE MORE ATTACKS AGAINST THE PLAINTIFF).

   R.M.S.I. officials/staff violated the plaintiff State and Federal
   inmate constitutional rights,Eight amendment,Fourteenth amendment,
   T.D.O.C. Policies and Rules of Regulations.As of TODAAY the plain-
   tiff is still in segregation confinement over twenty (20) months
   without any T.D.O.C. DUE PROCESSING OR HEARING WHICH VIOLATED THE
   PLAINTIFF FOURTEENTH AMENDMENT (which are guarantees each and all
   incarceration inmates protection and due procedure).

6. DISPOSITION (was the case dismissed ? or was it appealed ? or is it still pending ? THE CASE NO.3:19-cv-00795 is still pending.

7. APPROXIMATE FILING DATE: SEPTEMBER 17,2019.

8. APPROXIMATE DISPOSITION DATE: N/A STILL PENDING.

D. Have you initiated lawsuit or appeals from lawsuits in FEDERAL COURT that have been dismiss as frivolous,malicious or for failure to state a claim upon which relief may be granted ? If so,IDENTIFY these suits below by providing the case number,the style,and the disposition of each case: NO[X]  YES [].

IV. PARTIES:In part A of this section,indicate your full name in the first blank and your full mailing address in the second blank.

Do the same for each additional plaintiff named in the complaint (If any) in part B of this section:

A. NAME OF PLAINTIFF:  I/M Henry Lee Jones #455040

MAILING ADDRESS:  R.M.S.I. UNIT-2 B-103-CELL.
7475 cockrill bend blvd,
Nashville,TN 37209-1048

B. ADDITIONAL PLAINTIFF(S):  N/A          .

In part C of this section,indicate the FULL NAME of the first name defendant.Also,fill in his or her mailing address,position,and where he or she is employed.For any additional defendants, use parts D through G of this section for the names,addresses,positions and places of employment;

C. DEFENDANT     :  MR.ERNEST  LEWIS,

MAILING ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.
7475 cockrill bend blvd,
Nashville,  TN 37243
TELE:615-350-3100
POSITION        : ASSOCIATE WARDEN OF SECURITY.

EMPLOYED AT : RIVERBEND MAXIMUM SECURITY INSTITUTION.
[X] INDIVIDUAL OFFICIAL,  [] OFFICIAL CAPACITY.

4 of 45.

D. DEFENDANT      :  MR.GEORGE FIRESTINE,

    MAILING ADDRESS:  RIVERBEND MAXIMUM SECURITY INSTITUTION.

                      7475 Cockrill bend blvd,

                      Nashville,  TN 37243
              TELE :  615-350-3100

    POSITION      :  UNIT-MANAGER OVER DEATH-ROW HOUSING FOR INMATES.

    EMPLOYED  AT  :  RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.


E. DEFENDANT      :  (F/N/U) MS.S. WARD,

    MAILING ADDRESS:  RIVERBEND MAXIMUM SECURITY INSTITUTION.

                      7475 Cockrill bend blvd,

                      Nashville,  TN 37243

              TELE:  615-350-3100

    POSITION      :  R.M.S.I.GRIEVANCE CHAIRPERSON (CORPORAL)

    EMPLOYED  AT  :  RIVERBEND MAXIMUM SECURITY INSTITUTION.

                     [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.


F. DEFENDANT      :  MS.KELLY HUNT,

    MAILING ADDRESS:  RIVERBEND MAXIMUM SECURITY INSTITUTION.

                      7475 Cockrill bend blvd,

                      Nashville,  TN 37243

              TELE:  615-350-3100

    POSITION      :  (R.M.S.I.)INSTITUTION INVESTIGATOR INTERNAL
                     AFFAIR DEPT. (SERGEANT).

    EMPLOYED  AT  :  RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.


5 of 45.

G. DEFENDANT    : MR.WILLIAM A. GREEN,
   MAILING ADDRESS  :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
            TELE    :615-350-3100
   POSITION        : (CAPTAIN) SHIFT COMMANDER.
   EMPLOYED  AT    :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.

H. DEFENDANT   : MS.JESSICA A. CALOWELL,
   MAILING ADDRESS:RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
            TELE : 615-350-3100
   POSITION       : (LIEUTENANT) /SHIFT COMMANDER.
   EMPLOYED  AT   : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.

I. DEFENDANT      :MR.DOMINGO A. CASTILLO,
   MAILING ADDRESS:RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
            TELE : 615-350-3100

   POSITION       :UNIT-2 SERGEANT OF DEATH-ROW HOUSING FOR INMATES.
   EMPLOYED AT    :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.

J. DEFENDANT      :MR.TERRY FOSTER,
   MAILING ADDRESS:RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
            TELE : 615-350-3100

   POSITION       :CORRECTION OFFICER WHO IS ASSIGNED TO UNIT-2.
   EMPLOYED  AT   :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.

```
K.  DEFENDANT       : MR.RICHARD E. SIMMONS,
    MAILING ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
            TELE : 615-350-3100

    POSITION       : UNIT-2 SERGEANT OF DEATH-ROW HOUSING FOR INMATES.
    EMPLOYED   AT  : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.


L   DEFENDANT      : MS.JAMIE A. DAVIS,
    MAILING ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
            TELE  : 615-350-3100
    POSITION       : UNIT-2 CORPORAL OF DEATH-ROW HOUSING.

    EMPLOYED   AT  : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.

M.  DEFENDANT      : MR.WARREN S. TATE,
    MAILING ADDRESS:RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243

            TELE: 615-350-3100.

    POSITION       :UNIT-2 COUNSEL-MANAGER OF DEATH-ROW HOUSING.

    EMPLOYED   AT :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.
N.  DEFENDANT      : MS.LINDA  STOKES,

    MAILING ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
            TELE : 615-350-3100
    POSITION       :UNIT-2 SERGEANT OF DEATH-ROW HOUSING FOR INMATES.

    EMPLOYED   AT  :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     [X]INDIVIDUAL OFFICIAL, [] OFFICIAL CAPACITY.
```

P. DEFENDANT       : MR.MICHAEL D. KEYS,

    MAILING ADDRESS:RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    7475 Cockrill bend blvd,
                    Nashville,  TN 37243
             TELE: 615-350-3100

    POSITION       : ASSOCIATE WARDEN OF TREATMENT.

    EMPLOYED  AT   : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X]INDIVIDUAL OFFICIAL, []OFFICAL CAPACITY.


 Q. DEFENDANT      : MR.(F/N/U) HERRO,

    MAILING ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                     7475 Cockrill bend blvd,
                     Nashville,  TN 37243
             TELE: 615-350-3100

    POSITION     : (CAPTAIN) SHIFT COMMANDER.

    EMPLOYED AT   : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.


R.  DEFENDANT      : MR.MICHAEL CARTER,

    MAILING ADDRESS:RIVERBEND  MAXIMUM SECURITY INSTITUTION.
                    7475 Cockrill Bend Ind.Blvd,
                    Nashville, TN 37243

           TELE: 615-350-3100

    POSITION       :CORRECTION OFFICER WHO IS ASSIGNED TO UNIT-2.

    EMPLOYED AT    :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.
S.  DEFENDANT      : MR.CHRIS GILLIAM,

    MAIL ADDRESS   :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    7475 COCKRILL BEND IND.BLVd,
                    Nashville,  TN 37243
               TELE:615-350-3100
    POSITION       :UNIT-2 SCHOOL/INSTRUCTOR (G.E.D. PROGRAM).
                                          TEACHER,
    EMPLOYED       :RIVERBEND MAXIMUM SECURITY INSTITUTION.
                    [X] INDIVIDUAL OFFICIAL,[] OFFICIAL CAPACITY.

T.  DEFENDANT   : MS.TAMEA BUTLER,

MAIL ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                7475 Cockrill BEND INd.BLVd,
                NASHVILLE,  TN  37243
            TELE: 615-350-3100

        POSITION: R.M.S.I. MAIL ROOM PERSONNEL (CPL/SECURIT)

    EMPLOYED AT: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                [X] INDIVIDUAL OFFICIAL, [] OFFICIAL CAPACITY.


U.  DEFENDANT   : MS.DjUANA HODGES,

MAIL ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                7475 Cockrill BEND INd.BLVd,
                NASHVILLE,  TN   37243

        TELE: 615-350-3100

        POSITION: R.M.S.I. MAIL ROOM PERSONNEL (OFFICER/SECURITY)

    EMPLOYED AT: RIVERBEND MAXIMUM SECURITY INSTITUTION.
                [X] INDIVIDUAL OFFICIAL, [] OFFICIAL CAPACITY.

V.  DEFENDANT   : CHRISTI SORENSEN,
    MAIL ADDRESS : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                7475 Cockrill Bend blvd,
                Nashille,  TN 37243
        TELE : 615-350-3100
        POSITION : R.M.S.I. UNIT-2 CLERK/CCO (SECURITY)
    EMPLOYED AT : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                [X] INDIVIDUAL OFFICIAL, [] OFFICIAL CAPACITY.

W.  DEFENDANT   : (F/N/U)  LLOYD,
    MAIL ADDRESS : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                7475 Cockrill Bend Blvd,
                Nashville,   TN 37243
        TELE : 615-350-3100
        POSITION : R.M.S.I. UNIT-2 SERGEANT  (SECURITY)
    EMPLOYED AT  : RIVERBEND MAXIMUM SECURITY INSTITUTION.
                [X] INDIVIDUAL OFFICIAL, [] OFFICIAL CAPACITY.

O. DEFENDANT      : MR.CHRIS  GILLIAM,

    MAILING ADDRESS: RIVERBEND MAXIMUM SECURITY INSTITUTION.

                   7475 Cockrill bend blvd,

                   Nashville,  TN 37243
       TELE : 615-350-3100

   POSITION     : UNIT-2 SCHOOL-INSTRUCTOR (TEACHER).

   EMPLOYED  AT: RIVERBEND MAXIMUM SECURITY INSTITUTION.
            [X]INDIVIDUAL OFFICIAL, []OFFICIAL CAPACITY.


V.STATEMENT OF CLAIM:State what rights under the constitution,law,or tr-
  eaties of the UNITED STATES have been violated,and be specific.If you
  intend to allege a number of related claims,set forth each claim in a
  separate paragraph.Any claim that is not related to the same basic in-
  cident or issue must be addressed in a separate CIVIL RIGHTS FORM.

  The plaintiff state and federal constitutional rights are violated by
  R.M.S.I. OFFICIALS AND STAFF,the plaintiff HUMAN RIGHTS are violated
  by R.M.S.I. OFFICIALS AND STAFF,the plaintiff CIVIL RIGHTS was violated
  by R.M.S.I. OFFICIALS AND STAFF,the plaintiff Eight Amendment was viol-
  ated by these R.M.S.I. OFFICIALS AND STAFF,the plaintiff Fourteenth Am-
  endment was violated by R.M.S.I. OFFICIALS AND STAFF,the plaintiff First
  Amendment was violated by these R.M.S.I. OFFICIALS AND STAFF,the plaint-
  iff UNITED STATES CONSTITUTION AND AMENDMENT TO THE CONSTITUTION was al-
  so violated by R.M.S.I. OFFICIALS AND STAFF,the plaintiff was met with
  discrimination treatment,met with sexual harassment (by officials and
  other inmates),the plaintiff was met with aggravating sexual stalking,
  and aggravating sexual gawking (by officials and other inmates aggrava-
  te harassment),the plaintiff was intention food poison by an officials
  because the plaintiff refuse to be a homosexual for the other inmates
  who officials are fraternizing with (the plaintiff was food poison on
  two different occasion by officials),R.M.S.I. officials issue the plain-
  tiff unsafe and burned meals (sexual harassment,the plaintiff refuse to
  be a homosexual for the inmates these individual officials are friend w-
  ith).
*·THE PLAINTIFF·HAS TRIED NUMEROUS OF TIME THROUGH GRIEVANCES REGARD TH-
  ESE VIOLATION AND MISCONDUCT (THE GRIEVANCES GO UNANSWER OR NEVER RET-
  URN OR WITHOUT AN RESPONSE FROM THE INSTITUTION GRIEVANCE CHAIRPERSON,
  THE PROBLEM NEVER RESOLVE OR CORRECTED (THE PERPETRATOR OFFICIALS ALL-
  OW TO CARRY OUT/ON RETALIATION ATTACKS AGAINST THE PLAINTIFF),

  IT'S VERY HARD FOR AN INMATE TO EXERCISE R.M.S.I. EXHAUSTION OF ADMIN-
  ISTRATIVE REMEDIES (SOMETIME EXHAUSTION LAST SIX MONTHS WITHOUT ANY DUE
  PROCEDURE AT THE INSTITUTION LEVEL).THESE STATE AND FEDERAL STANDARD A-
  RE BEING VIOLATED.THIS ARE THE PLAINTIFF·FIRST CLAIM ISSUE.
* INMATES WHO FILE GRIEVANCES ARE BEEN PLACED IN SEGREGATION CONFINEMENT
  ILLEGAL FOR FILING GRIEVANCES (THE PLAINTIFF IS A VICTIM OF THESE MIS-
  CONDUCT). **UNDER THREATENED AND INTIMIDATION BEHAVIOR ARE CARRY OUT BY
  OFFICIALS,PLEASE SEE WOODFORD V. NGO,548 U.S. 81,102,126 S.Ct.2378(2006).

**EXPLAINATION INFORMATION:**

PENDING CASE NO.3:19-cv-00795 U.S.DIST COURT,MIDDLE DIST OF TENNESSEE IN NASHVILLE TN DIVISION (JUDGE ALETA A.TRAUGER)DIMISED NUMEROUS OF DEFENDANT(S) FROM THIS MATTER,BUT SHE GRANTED FOUR (4) DEFENDANTS NAMES IN THIS MATTER TO MOVE FORWARD.

*THE PLAINTIFF APPEALED THOSE FOUR (4)DEFENDANTS IN THAT CASE NO.3:19-cv-00795 ON APPEAL IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT UNDER CASE NO.20-6150 BEFORE JUDGES (COOK,WHITE,AND MURPHY.

* THE PLAINTIFF FILED AN WITHDRAW MOTION TO QUSH (STOP) ALL PROCEEDING OF APPEALS TO CASE NO.20-6150 <u>DO TO FUNDS</u> (NO MONEY).

* FOUR DEFENDANTS STILL PENDING IN CASE NO.3:19-cv-00795.

THE ABOVE STATEMENT AND INFORMATION IS TRUE TO THE BEST OF THE PLAINTIFF KNOWLEDGE.

THAT CASE NO.20-6150 WAS GRANTED AND DIMISSED AROUND NOVEMBER 04,2020. BY THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT.


## **EXHAUSTION OF ADMINISTRATIVE REMEDIES IN THESE CLAIMS:**

INFO.

* ON DECEMBER 21,2020 (MONDAY) THE PLAINTIFF FILED AN R.M.S.I. INMATE GRIEVANCE AGAINST MS.S WARD (R.M.S.I. GRIEVANCE CHAIRPERSON) FOR VIOLATED T.D.O.C. POLICIES #501.01 FOR FAILURE TO PROCEDURE THE PLAINTIFF NINE (9) PAGE GRIEVANCE FILED ON NOVEMBER 12,2020 FOR OFFICIALSVIOLATED THE PLAINTIFF HUMAN RIGHTS AND CIVIL RIGHTS,AND OTHER STATE & FEDERAL INMATE CONSTITUTIONS VIOLATION (THE OFFICIALS WAS TREAT THE PLAINTIFF AN SLAVE).CPL.S.WARD DIDN'T PROCEDURE THAT GRIEVANCE AND VIOLATION MISCONDUCT CARRY OUT BY OFFICIALS.

THE OFFICIALS INVOLVED CONTINUE TO SEXUAL HARASS THE PLAINTIFF AND CONTINUE TO TREATED THE PLAINTIFF AS AN SLAVE.

THESE SAME INDIVIDUAL OFFICIALS WAS HOLDING INAPPROPRIATE SEXUAL CONVERSATION WITH OTHER INMATES ABOUT THE PLAINTIFF.
THEN THESE SAME INDIVIDUAL OFFICIALS WOULD AGGRAVATE STALK THE PLAINTIFF CELL WINDOW LOOKING FOR HOMOSEXUAL ACTIVITIES (THESE HOMOSEXUAL RUMORS/TALK WAS CREATED BY OFFICIALS AND OTHER INMATES,THE R.M.S.I. ADM STAFF LABOR THE PLAINTIFF AS AN HOMOSEXUAL PERSON/INMATE WITHOUT ANY TRUE FACTS OR TRUE PROOF THAT THE PLAINTIFF ARE A HOMOSEXUAL PERSON/INMATE.*** THE PLAINTIFF HAS NEVER BEEN INVOLVE IN ANY HOMOSEXUAL ACTIVITIES(<u>THE PLAINTIFF ARRIVED AT R.M.S.I. ON MAY 20,2009</u>).

*THESE BOGUS,FAKE,FABRICATION HOMOSEXUAL RUMORS CAUSE THE PLAINTIFF ILLEGAL SEGREGATION CONFINEMENT ON NUMEROUS OCCASION (APPROXIMATE FIVE DIFFERENT TIME).THE ADM.STAFF DO NOT RECORDS THESE VIOLATION.

*OFFICIALS WAS ATTACKS THE PLAINTIFF PERSONAL PROPERTY BECAUSE THE PLAINTIFF REFUSE TO BE A HOMOSEXUAL FOR OTHER INMATES.

*OFFICIALS ISSUE THE PLAINTIFF MEALS WITH GLASS FOUND IN THE OATMEAL.

THE NINE PAGE GRIEVANCE FILED ON NOVEMBER 12,2020 (the plaintiff HUMAN RI-
GHTS,CIVIL RIGHTS,BIAS AND DISCRIMINATION TREATMENT) CARRY OUT BY SGT.DOM-
INGO A. CASTILLO,SGT.LINDA STOKES,SGT.RICHARD E.SIMMONS,CPL.JAMIE DAVIS,
THESE INDIVIDUAL ATTACK THE PLAINTIFF DAILY MEALS (BURNED AND OVER COOK IN-
TENTION,THESE MEALS WAS DELIVERY TO THE PLAINTIFF CELL DOOR).
THE ADM STAFF REFUSED TO PROCEDURE THE GRIEVANCE.


*EXHAUSTION OF ADMINISTRATIVE REMEDIES IN THESE CLAIMS:

On APRIL 09, 2020 (THURSDAY MORNING) during feeding (BREAKFAST) at appro-
ximate 6:45 A.M. OFFICER TERRY FOSTER approach the plaintiff cell door
(B-POD CELL-103) issue the plaintiff an sabotage (unsafe) breakfast meal.
The plaintiff found three (3) pieces of small glass mix in the oatmeal.
* Which injury the plaintiff upper left side gums.
* The plaintiff reported the incident immediated to SGT.R.E.SIMMONS,these
  evidence exhibits was gave to sgt.SIMMONS (sgt.simmons issue the plaint-
  iff another meal tray.
* The plaintiff filed the grievance under "ATTEMPT ASSINATION ATTACK" carry
  by OFFICER TERRY FOSTER,(SGT.SIMMONS DID NOT REPORT THE INCIDENT).
* INMATE GRIEVANCE NUMBER#20-0158/00341524
* The ADM STAFF DID NOT RESOLVED OR CORRECTED THE PROBLEM.
* The plaintiff did not received any relief.
* OFFICER TERRY FOSTER WAS ALLOW TO CARRY OUT MORE ATTACKS.


* EXHAUSTION OF ADMIMINSTRATIVE REMEDIES IN THESE CLAIMS:

On APRIL 08,2020 WEDNESDAY  THE PLAINTIFF FILED AN GRIEVANCE AGAINST
OFFICER TERRY FOSTER AND SGT.SIMMONS FOR THIEF INCIDENT.
* GRIEVANCE NUMBER #20-0158/00341524 FILE ON APRIL 08,2020.
  Statement and facts of the claim.
  On 4/08/2020 (WEDNESDAY MORNING) the plaintiff return from recreation
  yard at APPROX 9:45 A.M. (the plaintiff in segregation confinement).
  Return to cell B-103 the plaintiff removed his tennis shoes to prepare
  for the shower,noticed the cell floor wet.after the shower the plainti-
  ff investigate his property and the floor.
* The plaintiff was missing (two bars irish spring soap,five bags of chips
  ,found hair dry broke/damage "NOT WORKING".
* Again SGT.SIMMONS did not report this incident as well
* The stolen personal property is a dirty tactics OFFICIALS allow to used
  against the inmates who they are target/taunting (TRYING TO PROVOKE THE
  INMATE INTO AN VERBAL ALTERCATION OR  AN PHYSICAL ALTERCATION).
* R.M.S.I. OFFICIALS ALLOW TO HIDE BEHIND THEIR CORRECTION OFFICER BADGE
  AND CARRY OUT CRIMINAL ATTACKS AGAINST INMATES,THEN THE ADM STAFF BLOCK
  THE VICTIM/INMATE FROM SEEKING AN KIND OF RELIEF AGAINST THE PERPETRATOR,
  THESE INDIVIDUAL OFFICIALS ALLOW TO CARRY ON USING UNCONSTITUTIONAL DIRTY
  TACTICS/TAUNTING THE VICTIM/INMATE
* THIS PROBLEM WAS NOT CORRECT OR RESOLVE.THE PLAINTIFF DID NOT RECIEVED ANY
  RELIEF.

* <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES IN THESE CLAIMS</u>:
On JULY 14,2020 at approximately 7:45 A.M. during breakfast <u>SGT.D.A.CA-STILLO</u> issue the plaintiff a breakfast meal tray with mice (MOUSE) droplet sit on top of the oatmeal,and found oatmeal mix in the scramble eggs.

The plaintiff immediately got <u>SGT.CASTILLO</u> attention about the situation (MICE DROPLET FOUND IN HIS BREAKFAST MEAL).
SGT.CASTILLO RETURN TO THE PLAINTIFF CELL DOOR,THEN RESPONSE WITH A VERY SARCASTIC "EMOJI-FACE" THEN WALKED AWAY (the plaintiff was denied a safe meal for breakfast that day).
These daily sabotage meals situation escalated to worse.
* UNDER STATE AND FEDERAL CONSTITUTIONAL LAWS/STANDARD,OFFICIALS AND STAFF PROMISE TO PROVIDE ALL INMATES DAILY MEALS AND SAFE MEALS.
* ON JULY 14,2020 THE PLAINTIFF WAS THE ONLY INMATE DENIED BREAKFFAST.
* PLEASE BE AWARE THAT THE PLAINTIFF WAS INTENTION FOOD POSISON BY AN OFF-ICIAL ON TWO DIFFERENT OCCASION (BY OFFICER J.KELLY & OFFICER T.FOSTER).
* TWO DAYS BEFORE SGT.D.CASTILLO MICE DROPLET BREAKFAST MEAL INCIDENT.CPL JAMIE DAVIS ALSO ISSUE THE PLAINTIFF AN MICE DROPLET BREAKFAST MEAL (CPL JAMIE DAVIS DID ISSUE THE PLAINTIFF ANOTHER MEAL-TRAY).
* OFFICIALS ARE ALLOW TO ENTER THIS PRISON WITH THE INTENTION TO CARRY OUT HARM AGAINST INMATES (THE PLAINTIFF) AND NOT FACE AN PROSECUTION.
* R.M.S.I. ADM STAFF DID NOT RESOLVED OR CORRECTED THESE PROBLEMS.
* THE PLAINTIFF DID NOT RECEIVED ANY KIND OF RELIEF.
* THESE SAME INDIVIDUAL OFFICIALS WAS ALLOW TO CARRY OUT TAUNTING BEHAVIOR AGAINST THE PLAINTIFF DAILY MEALS AND PERSONAL PROPERTY.
* PLEASE SEE CASE NO.3:19-cv-00795 PENDING AGAINST DEFENDANT(S) MICHAEL D. KEYS,WARREN S.TATE,DOMINGO A.CASTILLO,AND TERRY FOSTER.
* THE PLAINTIFF ILLEGAL ATTACKS AND UNCONSTITTION ATTACKS ARE RETALIATION. FOR STAND UP AGAINST CORRUPTED CORRECTION OFFICIALS.


* <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES IN THESE CLAIMS</u>:
On JULY 03,2020 (FRIDAY) at approximately 7:30 P.M. under <u>SGT.L.STOKES</u> <u>SUPERVISION/SGT.D.CASTILLO</u> AS WELL.

## <u>STATEMENT AND FACTS TO THIS INCIDENT</u>:

On JULY 03,2020 the plaintiff call (requested) SGT.L.STOKES to his cell door (B-103) and speak and informed SGT.L.STOKES that I/M RICKY BELL #50-3500 made verbal threats toward the plaintiff (THREAT TO RAPE AND KILL THE PLAINTIFF,THEN MADE ANOTHER THREAT TO BLOW UP THE PLAINTIFF T.V. SET).
* UNIT-2 E-POD has a computer room (WITH ALL T.V.CABLE) SGT.CASTILLO AND SGT STOKES ALLOW I/M RICKY BELL #503500 into (enter) THAT ROOM UNDER SUPERVISE (I/M RICKY BELL WAS ALLOW TO UNPLUG THE PLAINTIFF T.V.CABLE TO CELL B-103).
* SGT.STOKES INFORMED I/M RICKY BELL ABOUT THE PLAINTIFF STATEMENT (ABOUT THE T.V.CABLE).
* I/M RICKY BELL #503500 MADE THREATS TO RAPE AND KILL THE PLAINTIFF AFTER SGT.STOKES INFORM HIM OF THE PLAINTIFF STATEMENT.
* R.M.S.I. GRIEVANCE NUMBER #20-0312/00343122

* R.M.S.I. GRIEVANCE NUMBER #20-0312/00343122 CONTINUE STATEMENT:
* After the plaintiff filed an inmate grievance against SGT.STOKES and I/M RICKY BELL #503500.
THE INSTITUTION INTERNAL AFFAIR DEPT (SGT.KELLY HUNT) BEGIN AN FAKE INVESTIGATION OF THE INCIDENT (BETWEEN THE PLAINTIFF AND I/M RICKY BELL). FALSE STATEMENT WAS MADE ABOUT THE PLAINTIFF HAVING "INCOMPATIBLES"INMATES THE PLAINTIFF PRISON FILE. SGT K.HUNT STATEMENT IN THE GRIEVANCE REPORT #20-0312/00343122 FINAL STATEMENT WAS FALSE AND FABRICATED TO COVER UP SGT.STOKES MISCONDUCT.SGT L.STOKES INFORMED I/M RICKY BELL #503500 OF THE PLAINTIFF STATEMENT REGARD HIS T.V.CABLE BEING UNPLUG (TAMPERING) WITH.

* R.M.S.I. OFFICIALS ALLOW TO PLACE FALSE INFORMATION INSIDE INMATES PRISON (THE PLAINTIFF) WITHOUT TRUE AND PROOF.

* THE PLAINTIFF HAS ONE INCOMPATIBLE INMATE (EX-I/M TEVARUS A. YOUNG #373230) WHO WAS RELEASE FROM PRISON APPROX 2015.

* R.M.S.I. OFFICIALS AND STAFF ALLOW OTHER INMATES TO PLACE "INCOMPATIBLE" AGAINST OTHER INMATES WITHOUT ANY INCIDENT OCCURRING (NO RECORDS OF ANY PRISON INCIDENT HAPPENING BETWEEN THE INMATES).

* THE PLAINTIFF DO NOT HAVE ANY R.M.S.I. "INCOMPATIBLE" INMATES IN HIS PRISON FILE.

* THE PLAINTIFF DO NOT HAVE ANY TENNESSEE STATE PRISON DISCIPLINARY HISTORY.

* I/M RICKY BELL #503500 HAS A TN STATE PRISON RECORDS HISTORY OF MAKING THREATS TOWARD OTHER INMATES,AND HAS A HISTORY IN VERBAL THREATING OTHER INMATES,AND AS WELL IN PHYSICALLY ALTERCATION WITH OTHER INMATES.

* THE PLAINTIFF DID NOT RECEIVED ANY RELIEF IN THIS MATTER.

* R.M.S.I. AUTHORITIES DID NOT CORRECTED OR RESOLVED THE PROBLEMS.


* EXHAUSTION OF ADMINISTRATIVE REMEDIES IN THESE CLAIMS:

    On NOVEMBER 02,2020 THE PLAINTIFF FILE AN INMATE GRIEVANCE FORM ON/CONCERNING OTHER VIOLATION/MISCONDUCT CARRY OUT BY OFFICIALS.

    OFFICIALS TAMEA BUTLER DELIVERY LEGAL MAIL IN A VERY DISRESPECTFUL MANNER (CPL.BUTLER ARE TEARING OPEN "WRAP-UP" THE LEGAL MAIL VERY AGGRESSION). LOOKING FOR AN ALTERCATION.THESE AGGRESSION INCIDENTS OCCUR WHEN OTHER INMATE MANIPULATE OFFICIALS INTO CARRY OUT DIRTY TACTICS AGAINST INMATES WHO REFUSE TO PARTICIPATE IN THEIR STUPIDITY BEHAVIOR (SO THESE INMATES MANIPULATE OR PIMP THE OFFICERS OUT TO TRY TO PROVOKE OTHER INMATES INTO AN ALTERCATION).

    PLEASE ALLOW THE PLAINTIFF TO EXPLAIN.INMATES ON DEATH-ROW RECEIVED MORE HARDSHIP "EXTREME MORE PUNISHMENT THEN GENERAL POPULATION INMATES" IF AN INMATE ON DEATH-ROW RECEIVED AN WRITE UP (DISCIPLINARY REPORT) IT COULD CAUSE HIM THREE (3) YEARS IN SEGREGATION CONFINEMENT.

OTHER INMATES USE THESE HARDSHIP PUNISHMENT AGAINST OTHER INMATES WHO REFUSE TO OBEY THEIR COMAND.OFFICIALS ARE CARRY OUT THESE VIOLATION AGAINST INMATES (THE PLAINTIFF IS A VICTIM OF THESE ATTACKS).EX-UNIT/MANAGER MICHAEL D.KEYS,CPT.HERRO,WARREN S.TATE,AND ERNEST LEWIS HAS ATTACK THE PLAINTIFF WITH THESE UNCONSTITUTIONAL HARDSHIP,ON NUMEROUS OCCASION WITHOUT ANY DUE PROCEDURE OR INCIDENT OCCUR.

R.M.S.I. GRIEVANCE #20-0464/00345273 filed on 11/03/2020.

\* STATEMENT AND FACTS OF CONSPIRACY PLOTS CARRY OUT BY OFFICIALS AGAINST THE PLAINTIFF.

\* CONSPIRACY PLOT INCIDENT:

On SEPTEMBER 10,2020 (THURSDAY) at approx 2:15 P.M. SGT.R.SIMMONS and OFFICER M.CARTER approach the plaintiff cell door (B-103) informed the plaintiff that UNIT-COUNSEL (MR.WARREN S.TATE) will like to see me (plaintiff) for an legal matter.PLEASE KEEP IN MIND THE PLAINTIFF ARE IN (S.C.). After the plaintiff was escorted to MR.TATE OFFICE.SGT STOKES interrupted the plaintiff and MR TATE processing.

MR TATE response to SGT.STOKES "I am not ready yet" during this time the plaintiff observed and heard SGT.CASTILLO,SGT.SIMMONS,SGT.STOKES,CPL.JA- MIE DAVIS AND MR GEORGE FIRESTINE PLOT TO MOVE THE PLAINTIFF FROM B-103- cell to B-106-cell.PLEASE ALLOW THE PLAINTIFF TO EXPLAIN WHY THESE OFFIC- IALS PLOTED TO MOVE THE PLAINTIFF.
FOR A BOGUS/FAKE AND FABRICATION HOMOSEXUAL INCIDENT THAT WAS CREATED BY OTHER INMATES (I/M RICKY BELL #503500,I/MJOHNSON NICKOLUS #421296,I/M WILLIAM HALL #165462) \*THESE ARE THE SAME INDIVIDUAL INMATES THE PLAINT- IFF OBSERVE PEEPING INTO THE SHOWER DURING SHOWER TIME.

\* UNIT-MANAGER (GEORGE FIRESTINE) APPROVED AND CONFIRM THE MOVE WITHOUT ANY PROOF OF VIOLATION BEING COMMITED (JUST BASIC ON ANOTHER INMATES WORDS).

\* During the process escorting the plaintiff back to his cell "I/M WILLIAM HALL #165462 yelled out very loud "WE CAN'T MOVE HIM IN THERE RIGHT NOW", THE TOILET IS NOT WORKING (WILL NOT FLUSH).

\* WAS ONE PLOT.PLEASE KEEP IN MIND NO OFFICIALS OBSERVED THE PLAINTIFF DO- ING THING WRONG OR VIOLATED ANY POLICIES.

\* R.M.S.I. GRIEVANCE #20-0389/00344326 file on or around 9/10/2020.

\* CONSPIRACY PLOT INCIDENT:

On SEPTEMBER 10,2020 (FRIDAY) THE PLAINTIFF OBSERVED OFFICER R.McCA- NTS AGGRAVATING STALKING THE PLAINTIFF CELL.THE PLAINTIFF SIT ON HIS BUNK WATCHING T.V. WHEN THE PLAINTIFF OBSERVED OFFICER R.McCANT SKIP OVER (by pass other inmates cell) then came and looked straight into the plaintiff cell door window.These same individual inmates telling OFFICER R.McCANTS these same homosexual bogus,fake and fabrication lies.OFFICER R.McCANTS are peeping into the plaintiff cell looking for homosexual activity (Ev- EN WITH THE KNOWLEGDE OF KNOWING THE PLAINTIFF IS HOUSING ALONE).

On this same day 9/04/2020 the plaintiff was hand-wash his personal clothes inside his cell,observe SGT.R.SIMMONS sneaking and creeping up to the plaintiff cell door window.The plaintiff observed SGT.L.STOKES repea- ting these same misconduct toward the plaintiff.

\* IN UNIT-2 OFFICERS ARE HOLDING INAPPROPRIATE SEXUAL CONVERSATION ABOUT OTHER INMATES.THEN THESE INDIVIDUAL OFFICERS ARE CARRY OUT SEXUAL AGGR- AVATE STALKING AND AGGRAVATE GAWKING FROM HAVING THAT INAPPROPRIATE SE- XUAL CONVERSATION WITH ANOTHER INMATES (THESE ARE UNDER COVER PEDPHILE AND SEXUAL HARASSMENT BEHAVIOR CARRY OUT BY STATE & FEDERAL EMPLOYEE).

\* THE PLAINTIFF HAS BEEN DEALING WITH THESE OFFICERS AND OTHER INMATES SEXUAL HARASSMENT.

\* THE PLAINTIFF HAS WITNESS OFFICERS AND INMATES RELATIONSHIP IN THIS UNIT.

R.M.S.I. GRIEVANCE #20-0389-00344326 file on SEPTEMBER 10,2020.

* COSPIRACY PLOT INCIDENT:

On JUNE 14,2020 (SUNDAY) at approximately 7:30 A.M. under SGT.R.SIMMO-
NS SUPERVISION (OIC OF THE UNIT).THE PLAINTIFF WAS ESCORTED OUT TO A & B R-
ECREATION YARD (PLACED IN THE BACK CAGE)BY OFFICER M.CARTER AND SGT.D.CAST-
ILLO (THE PLAINTIFF ARE IN SEGREGATION CONFINEMENT).

Once OFFICER M.CARTER REMOVED THE HANDCUFF AND LEG IRONS.THE PLAINTIFF
OBSERVED AN HOME MADE ICE-PICK TYPE WEAPON AT THE BOTTOM OF THE TELEPHONE.

THE PLAINTIFF REQUEST TO SPEAK WITH THE UNIT-SERGEANT (SGT.R.SIMMONS).
Approximate two minutes later SGT.R.SIMMONS approach the back cage the pla-
intiff point to the ground in the direction to the weapon.
SGT.R.SIMMONS order the plaintiff to hand him the weapon.The plaintiff ref-
use.OFFICER M.CARTER place handcuff on the plaintiff,then SGT.R.SIMMONS ca-
me into the cage to retrieve the weapon.

* The plaintiff knew this was a plot carry out by SGT.D.CASTILLO and OFFICER
  TERRY FOSTER (OFFICER M.CARTER,SGT.R.SIMMONS WAS INVOLVE WITH THE PLOT).

* BOTH UNIT-SERGEANT'S (CASTILLO AND SIMMONS) coerced I/M WILLIAM HALL #165-
  462 into making the ice-pick weapon.
* T.D.O.C. POLICIES FOR DEATH-ROW,THE RECREATION YARD MUST BE SEARCHED AT T-
  HE END OF EACH SHIFT AND BEFORE EACH SHIFTS.
* SGT.R.SIMMONS OR SGT.D.CASTILLO DID NOT REPORT THE INCIDENT.
* SGT.KELLY HUNT AND THE UNIT-MANAGER(GEORGE FIRESTINE) DID NOT INITIAL AN
  INVESTIGATION ABOUT THE CRIME THAT WAS COMMITED AGAINST THE PLAINTIFF.
* THE SHIFT COMMANDER(WILLIAM A.GREEN) DID NOT INVESTIGATED WHAT HAPPEN ON
  JUNE 14,2020 TO THE PLAINTIFF (THE PLAINTIFF DID FILE AN GRIEVANCE).
  THE UNIT WASN'T LOCK-DOWN FOR AN FOLLOW UP SEARCH.

* THESE INDIVIDUAL OFFICERS COVER UP THIS CRIME SCENE (AN OUTSIDE FEDERAL
  AGENTS ARE NEEDED.OFFICERS ARE COMMIT CRIMS AGAINST INMATES INSIDE THIS
  PRISON).THESE OFFICERS TRY TO CAUSE HARM TO THE PLAINTIFF.

* UNDER STATE & FEDERAL STANDARD/LAWS THESE OFFICERS PROMISE TO PROVIDE
  ALL INMATES FAIRNESS,SAFETY,PROFESSIONAL STANDARD AND SECURE HUMANE ENVIR-
  ONMENT. RMSI ADM STAFF PROMISE TO MAKE AN INMATES WITH PRODUCTIVE AND COM-
  FORTABLE,ALSO PROMISE TO PROVIDE AN OPERATION PRISON WITH SECURE,HUMANE
  RESPONSIVE,SAFE INSTITUTION FOR THOSE WHO WORK AND LIVE HERE.
* THIS INCIDENTS THAT OCCURRED INSIDE THIS PRISON AGAINST THE PLAINTIFF WAS
  ALL COVER UP BY THIS ADM STAFF(NAMED IN THIS CLAIM.THE PLAINTIFF WAS MIS-
  TREATED BASIC BECAUSE HE REFUSE TO ENGAGE IN HOMOSEXUAL ACTIVITIES WITH
  THE OTHER INMATES OFFICERS ARE FRATERNIZING WITH,AND THE PLAINTIFF ARE EXER-
  CISE HIS FIRST AMENDMENT IN THESE VIOLATION ATTACKS).

* THE PLAINTIFF DO NOT HAVE ANY DISCIPLINARY HISTORY IN THE STATE OF TN (RMSI).

* WITNESS TO THE INCIDENT THAT OCCURED ON JUNE 14,2020.I/M VINCENT SIMS #149-
  011,I/M          MILLER#455407.THESE TWO INMATES WAS ALREADY ON THE YARD WH-
  EN THE PLAINTIFF ARRIVED.BOTH INMATES WITNESS SGT.R.SIMMONS RETRIEVING THE
  WEAPON FROM THE PLAINTIFF CAGE.

* THE INCIDENT WAS COVER UP SERGEANT'S AND SHIFT COMMANDER'S.THESE INDIVIDUAL
  WAS ATTEMPT TO STAGE A CRIME SCENE AGAINST THE PLAINTIFF.

* THE PLAINTIFF DID NOT RECEIVED ANY RELIEF FOR THESE MENTALLY DAMAGE THAT THESE INDIVIDUAL OFFICERS CAUSE.

* R.M.S.I. ADM STAFF DID NOT CORRECTED OR RESOLVED THE PROBLEM,DID NOT TAKE ANY ACTION AGAINST THESE INDIVIDUAL OFFICERS.

* THE PLAINTIFF DID NOT RECEIVED ANY PUNITIVE DAMAGE.

* THE PLAINTIFF WILL LIKE TO CONTINUE HIS FIRST AMENDMENT RIGHTS (<u>STATE AND FEDERAL INMATE CONSTITUTIONALS RIGHTS CONCERNING THESE VIOLATION</u>).

<u>SEXUAL HARASSMENT CLAIMS/INCIDENTS</u>:

For the last twenty (20) months the plaintiff has <u>address</u> and <u>submited</u> and <u>reported</u> these allege to R.M.S.I. ADM AUTHORITIES (through grievances,through inmate request form,letters,verbal,in detail OFFICERS NAMES INVOLVE,INMATES NAME INVOLVE,DATE AND TIME).AS OF TODAY THE PLAINTIFF HAS NOT BEEN RELIEF OF THESE VIOLATION/MISCONDUCT).

<u>STATEMENT AND FACTS OF THESE SEXUAL HARASSMENT/ATTACKS</u>:

UNIT-2 (DEATH-ROW HOUSING)has approximately forty-eight (48) death-row inmates housing here R.M.S.I..

Approximate twenty-five (25) or thirty (30) of these (inmates) are involve in these sexual attacks (death-row housing has a very serious and very bad problems with sexual harassment in this UNIT.OFFICERS and this ADM (RMSI) refuse to correct or address the problem,UNIT-2 OFFICERS are involve in some of these attacks (participatant and has knowledge of these attacks and did not report the incidents).

INMATE/VICTIM (PLAINTIFF) has been mistreated and met with outrageous misconduct and unconstitutional segregation confinement,received unsafe daily meals,labor as homosexual person/inmate by RMSI ADM STAFF without any true facts or proof and without the plaintiff involve in any homosexual activity, the plaintiff was treated like a slave because he refuse to PARTICIPATE OR ENGAGE in homosexual activities with the other inmates OFFICERS (SGT. D.CASTILLO,SGT.R.SIMMONS,SGT.L.STOKES,CPL.J.DAVIS,OFFICER T.FOSTER,OFFICER M.CARTER involved and who promoted these unconstitutional attacks against the plaintiff).

These same individual OFFICERS encourage these two INMATES (<u>I/M JAME THOMAS #293321 and I/M MICHAEL BANE #98568</u> UNIT-2 KITCHEN WORKERS WHO ARE PREPARING THESE UNSAFE MEALS AND SABOTAGE MEALS TRAYS THAT ADDRESS IN THIS LAWSUIT).

* If inmates (PLAINTIFF) refuse to engage in homosexual activity he will received sabotage meals from these OFFICERS (CASTILLO,STOKES,SIMMONS,DAVIS,CARTER AND FOSTER "OTHER OFFICERS ARE ALSO ENCOURAGE ISSUE/DELIVERY THESE MEALS".

* WHAT IS A SABOTAGE MEAL AND WHAT WAS FOUND BY THE PLAINTIFFF IN THESE MEALS. MICE DROPLET (TWO DIFFERENT TIME) MEALS ISSUE/DELIVERY BY CASTILLO AND DAVIS. THE PLAINTIFF FOUND THREE PIECES OF SMALL GLASS MIX IN OATMEAL ISSUE/DELIVERY OFFICER TERRY FOSTER.

THE PLAINTIFF WAS INTENTION FOOD POISON TWICE BY OFFICER TERRY FOSTER AND BY OFFICER JACOB KELLY (OFFICER TERRY FOSTER WAS INVOLVE IN BOTH INCIDENTS).

THESE INDIVIDUAL OFFICERS ISSUE/DELIVERY THE PLAINTIFF KNOWN SABOTAGE,UNSA-
FE, UNNUTRITIOUS,AND BURNT MEALS (OFFICERS INVOLVE CASTILLO,STOKES,SIMMONS,
DAVIS,FOSTER,CARTER AND CPL.DANIEL LEBLANCE) THESE INDIVIDUAL OFFICERS ATT-
ACKED THE PLAINTIFF BREAKFAST,LUNCH AND LAST MEALS IN DISRESPECTFUL TAUNTING
MANNER.THESE ATTACKS WAS CARRY OUT AGAINST THE PLAINTIFF BECAUSE HE REFUSED
TO BE A HOMOSEXUAL FOR THE OTHER INMATES THESE INDIVIDUAL OFFICERS ARE FRAT-
ERNIZE (FRIENDLY OR BROTHERLY) WITH.
* VIOLATED THE PLAINTIFF EIGHT AMENDMENT.SEE FOSTER V. RUNNELS, 554 F.3d 807
(9th Cir 2009).


AGGRAVATING SEXUAL STALKING INCIDENTS CARRY OUT AGAINST THE PLAINTIFF BY TH-
ESE SAME INDIVIDUAL OFFICERS.

AGGRAVATING SEXUAL GAWKING (SEXUAL HARASSMENT) INCIDENTS CARRY OUT AGAINST
THE PLAINTIFF BY THESE SAME INDIVIDUAL OFFICERS.

THESE OFFICERS (CASTILLO,FOSTER,SIMMONS,STOKES,DAVIS,CARTER,LEBLANC) WAS HO-
LDING SEXUAL INAPPROPRIATE HOMOSEXUAL CONVERSATION WITH OTHER INMATES ABOUT
THE PLAINTIFF (THESE HOMOSEXUAL CONVERSATION WAS CREATED BY OTHER INMATES
WHO HAS BEEN SEXUAL HARASSING THE PLAINTIFF FOR APPROX 11 YEARS, AS OF TODAY
THE SEXUAL HARASSING STILL OCCURING).

AFTER THESE SEXUAL CONVERSATION BETWEEN THE OFFICERS AND OTHER INMATES.THESE
SAME INDIVIDUAL OFFICERS STALKED AND GAWK THE PLAINTIFF CELL LOOKING FOR HOM-
OSEXUAL ACTIVITIES.THESE VIOLATION HAS BEEN GOING ON OVER SIX (6) YEARS,

THE BOGUS,FAKE AND FABRICATION HOMOSEXUAL RUMORS CAUSE THESE OFFICERS TO ATT-
ACKS THE PLAINTIFF MEALS,FOOD PACLAGE,PERSONAL PROPERTY,ILLEGAL SEGREGATION
CONFINEMENT,TREATED WITH BIAS AND PREJUDICE,LEGAL MAIL ATTACKS,PERSONAL PRO-
PERTY SABOTAGE/ATTACK,DENIED THE RIGHTS/ACCESS TO GRIEVANCE DUE PROCEDURE/PR-
OCEEDING WITH IN THE INSTITUTION.

* THE PLAINTIFF IS NOT A HOMOSEXUAL INMATE/PERSON.
* THE PLAINTIFF HAS NEVER ENGAGE IN ANY HOMOSEXUAL ACTIVITIES.
* THE PLAINTIFF HAS NEVER DISRESPECT AN OFFICERS,INMATES OR STAFF IN ANY SEX-
UAL MANNER.
* THE PLAINTIFF HAS WITNESS AND OBSERVED OTHER INMATES INVOLVED IN HOMOSEXUAL
ACTIVITIES WITH OFFICERS AND OTHER INMATES.

* THESE SAME INDIVIDUAL OFFICERS/STAFF USED ILLEGAL SEGREGATION CONFINEMENT
AGAINST THE PLAINTIFF TO SILENT HIM AND TO HELP OTHER INMATES DEFEAT THE
PLAINTIFF FOR SEX (OFFICERS ARE APPLYING PRESSURE AGAINST INMATES FOR SEX-
UAL MISCONDUCT).
* PLEASE KEEP IN MIND,THAT THE PLAINTIFF HAS NO HISTORY OF ANY DISCIPLINARY
REPORTS IN TENNESSEE STATE PRISON SYSTEM.
* ON APRIL 14th,2019 THE PLAINTIFF WAS ATTACK BY ANOTHER INMATE WITH INAPPRO-
PRIATE HOMOSEXUAL CAT-CALLING BY I/M TERR KING #103308.NO OFFICER OR STAFF
WAS NOT PRESENCE (DID NOT SEE OR WITNESS TO THE ALTERCATION).THE PLAINTIFF
WERE THE ONLY INMATE WHO RECEIVED PUNISHMENT FOR THAT INCIDENT/ALTERCATION.
* THAT INCIDENT/PUNISHMENT WAS BIAS AND PREJUDICE CARRY OUT AGAINST THE PLAI-
NTIFF BY THESE INDIVIDUAL OFFICERS AND THE R.M.S.I. ADM STAFF.

* THE PLAINTIFF HAS INFORMED EACH INCIDENTS TO THE TENNESSEE STATE POST-CONV-
ICTION ATTORNEY OFFICE (TO THE ATTORNEY'S WHO ARE REPRESENTED HIS CRIMINAL
CASE NO.03-06997 THIS ALSO CAUSE THE PLAINTIFF BIAS AND PREJUDICE TREATMENT
FROM TENNESSEE STATE POST-CONVICTION OFFICE BECAUSE OF THEIR CLIENT'S/INMA-
TES INVOLVED "THE PERPETRATOR/CULPRIT").

SEXUAL HARASSMENT ATTACKS/INCIDENTS:

   DURING SHOWER THE PLAINTIFF OBSERVED OTHER UNSUPERVISE INMATES PEEPING
INTO HIS SHOWER (PLEASE KEEP IN MIND THAT THE PLAINTIFF ARE HOUSING IN SE-
GREGATION CONFINEMENT THAT MEAN BY T.D.O.C. POLICIES ALL OTHER INMATES MU-
ST BE SECURED IN THEIR CELL DURING S.C. INMATES SHOWER AND RECREATION).

SEXUAL HARASSMENT ATTACKS/INCIDENTS:

   DURING THE PLAINTIFF RECREATION HOUR OFFICERS TERRY FOSTER WILL DOUBLE
BACK (RETURN) TO THE PLAINTIFF CELL (B-103) AND ATTACK,SABOTAGE,DAMAGE AND
BROKE THE PLAINTIFF PERSONAL PROPERTY.
*THE PLAINTIFF UNDERWEARS FOUND DAMAGE (THREE PAIR OF BOXER FOUND EACH PAIR
 WITH ONE HOLE IN EACH PAIR UNDER THE MALE ORGAN AREA)THIS ATTACK WAS CARRY
 OUT BY OFFICER TERRY FOSTER AND SGT.D.CASTILLO.
*THE PLAINTIFF FOUND HIS GRAY THERMAL BOTTOM DAMAGE,AGAIN BETWEEN THE LEGS
 AREA (UNDER THE MALE ORGAN AREA) WRAP OPEN.
*THE PLAINTIFF FOUND HIS SHOWER SHOES ATTACKED (DAMAGE/BROKEN).
*THE PLAINTIFF FOUND HIS SKECHERS CROSS TRAINING TENNISSHOES ATTACKED.
 THE RIGHT SHOE ATTACKED AND THE LEFT SHOE ATTACK.
*THE PLAINTIFF FOUND HIS MIRROR DAMAGE (SMALL HAND MIRROR WITH MAGNET ON THE
 BACK "6 X 4.5").

*THE PLAINTIFF FOUND HIS LEGAL MATERIAL AND LEGAL BOOK ATTACK/DAMAGE (LEGAL
 BOOK RECEIVED ON 10/23/2020 "PRISONERS'SELF-HELP LITIGATION MANUAL" THAT VE-
 RY NEXT WEEKEND OFFICER TERRY FOSTER ATTACKED THAT BOOK THREE DIFFERENT TIME.
 THIS INFO WAS INFORMED TO THE UNIT-SERGEANT AND THE UNIT-MANAGER.THE PROBLEM
 WAS NOT CORRECTED AND NOT RESOLVED.AS OF TODAY 1/10/2021 (SUNDAY) OFFICERS T.
 FOSTER CONTINUE CARRY OUT THESE ATTACKS AGAINST THE PLAINTIFF PERSONAL PROPE-
 RTY.ON 1/10/2021 (SUNDAY) THE FOUND PROPERTY ATTACK (FOOD ITEM AND FAN COVER).
*OFFICERS PRESENT ON 1/10/2021 (SUNDAY) SGT.R.SIMMONS.CPL.J.DAVIS,OFFICER MI-
 CHAEL CARTER,AND OFFICER TERRY FOSTER WHO IS THE CULPRIT/PERPETRATOR.

*THE PLAINTIFF FOUND HIS "WEBSTER'S DICTIONARY" ATTACK/DAMAGE (6 X 4.5 IN SI-
 ZE).

* THESE INDIVIDUAL OFFICERS ATTACK THE PLAINTIFF AND HIS PERSONAL PROPERTY
  BECAUSE HE REFUSE TO BE A HOMOSEXUAL FOR THE OTHER INMATES THESE OFFICERS
  ARE FRATERNIZE WITH (THIS INFORMATION WAS PASS/INFORMED TO R.M.S.I. AUTH-
  ORITIES VERBAL AND IN WRITTEN STATEMENT "GRIEVANCE"BY THE PLAINTIFF).

UNIT-2 (DEATH-ROW HOUSING) D-POD AND A-POD ARE EQUIP WITH SHOWER INSIDE EACH
CELL.APPROXIMATE FIFTEEN (15) OF THESE CELLS ARE OPEN (EMPTED).THE PLAINTIFF
HAS REQUEST TO MOVE IN ONE OF THESE CELL.DO TO SEXUAL HARASSMENT (OTHER INMA-
TES PEEPING INTO THE SHOWER DURING THE PLAINTIFF SHOWER).

DURING THESE SHOWER NO OFFICERS ARE NOT PRESENCE INSIDE B-POD DURING THE PLA-
SHOWER TIME.
*THESE INDIVIDUAL OFFICERS (CASTILLO,FOSTER,CARTER,SIMMONS AND DAVIS) ARE PRO-
MOTE SEXUAL HOMOSEXUAL ACTIVITIES IN THIS UNIT.

*UNSUPERVISE INMATES ARE ALLOW TO WALK AROUND INSIDE B-POD FREELY DURING SH-
OWER TIME FOR SEGREGATION CONFINEMENT INMATES (PLAINTIFF).

* THIS INFORMATION WAS ALSO INFORMED TO R.M.S.I. INTERNAL AFFAIR DETP (KELLY
  HUNT).

17 of 45

PERSONAL PROPERTY ATTACKS/INCIDENTS:
THE PLAINTIFF FILED INMATE GRIEVANCE FORM (NUMEROUS OF GRIEVANCES) AND FILE
AN U.S.C. 1983 CIVIL RIGHTS COMPLAINT AGAINST THESE INDIVIDUAL DEFENDANT(S)
SEE CASE NO.3:19-CV-00795.
* THESE PERSONAL PROPERTY ATTACKS OCCURED AFTER FILING CASE NO.3:19-CV-00795
CARRY OUT BY SGT.D.CASTILLO,OFFICER TERRY FOSTER,CPL.JAMIE DAVIS,OFFICER MI-
CHAEL CARTER AND SGT.R.SIMMONS KNEW AND HAD KNOWLEDGE OF THESE ATTACKS AND
DID NOT REPORT THESE VIOLATION/MISCONDUCT TO HIS SHIFT COMMANDER (CPT.HERRO,
LT.JESSICA A.CALOWELL,CPT.WILLIAM A.GREEN,AND U/M GEORGE FIRESTINE).
* THESE INDIVIDUAL OFFICERS HAS BEEN CARRY OUT THESE VIOLATION AGAINST THE PL-
AINTIFF MEALS AND PERSONAL PROPERTY OVER TWO (2) YEARS AND THE R.M.S.I. ADM
STAFF HASN'T CORRECTED OR RESOLVED THESE ATTACKS.
* STATEMENT IN DETAIL OF WHAT OCCURR:
    THE PLAINTIFF WAS ILLEGAL PLACED IN SEGREGATION CONFINEMENT ON APRIL 15,
2019.THE PLAINTIFF DID NOT RECEIVED ANY DISCIPLINARY REPORT AND DID NOT RE-
CEIVED ANY DISCIPLINARY HEARING BY R.M.S.I. AUTHORITIES/STAFF.
BUT,STILL ILLEGAL HOLDING THE PLAINTIFF IN SEGREGATION CONFINEMENT OVER TWE-
NTY (20) MONTHS WITHOUT ANY T.D.O.C. DISCIPLINARY HEARING.
* TAUNTING ATTACKS:
THIS ADM STAFF (R.M.S.I.) ENCOURAGE OFFICERS TO ATTACK INMATES WHO ARE PLA-
CED IN SEGREGATION CONFINEMENT ILLEGAL.THEN THESE INDIVIDUAL OFFICERS CARRY
OUT UNCONSTITUTIONS DIRTY TACTICS AGAINST THE PLAINTIFF TRYING TO PROVOKE
(TAUNTING) THE PLAINTIFF.
EACH DAY THE PLAINTIFF ATTEND THE RECREATION YARD,WHY HE IS ON THE YARD TH-
ESE INDIVIDUAL OFFICERS (CASTILLO AND FOSTER) DOUBLE BACK TO THE PLAINTIFF
CELL (B-103) THEN ATTACKED THE PLAINTIFF PERSONAL PROPERTY.THIS BEEN GOING
ON OVER TWO (2) YEARS.
*OTHER WARDS OFFICERS ALLOW TO COMMIT CRIMINAL OFFENSES AGAINST INMATES (PL-
AINTIFF).
* THE INSTITUTION AUTHORITIES ARE PROHIBIT AND BLOCKING THE PLAINTIFF FROM
SEEKING JUSTICE OR CHALLENGE OFFICERS MISCONDUCT/VIOLATION BEHAVIOR.
* THE PLAINTIFF RETURN BACK TO HIS CELL (B-103).
    ON 1/09/2021 (SATURDAY),1/10/2021 (SUNDAY) AND 1/11/2021 (MONDAY) FOUND
TWO BAGS OF CHEEZ-IT (COMMISSARY) OPEN EACH (TRYING TO INTIMIDATE).THE PLA-
INTIFF REPORTED EACH INCIDENTS TO SGT.R.SIMMONS AND SGT.D.CASTILLO.
* THE PLAINTIFF RETURN FROM RECREATION YARD FOUND HIS SHOWER SHOES ATTACK/DA-
MAGE (WRAP UP AND OPEN).
* FOUND THREE (3) PAIRS OF BOXER UNDERWEARS ATTACK/DAMAGE (HOLES UNDER ORGAN
AREA).
* FOUND THERMAL BOTTOM BETWEEN THE LEGS AREA (UNDER ORGAN AREA WRAP OPEN) GR-
AY PAIR.
* FOUND FAN COVER WITH HOLES POKED INTO THE COVER.
* FOUND MY MIRROR (6 X4.5)WITH MAGNET ON THE BACK ATTACK/DAMAGE.
* FOUND MY PLAYING CARDS ATTACK/DAMAGE.
* FOUND TWO (2) TOOTHBRUSH HOLDERS ATTACK/BROKEN.
* FOUND MY SKECHERS CROSS TRAINING TENNIS ATTACK/DAMAGE.
* FOUND MY LEGAL MATERIAL AND LEGAL BOOK ATTACK/DAMAGE.
* FOUND MY WEBSTER'S DICTIONARY (6 X 4.5) ATTACK/DAMAGE (LEGAL PAPER WRAPED).
* FOUND THE TYPEWRITER RIBBON ATTACKED (NOT WORKING TRYING TO PROHIBIT AND IN-
TERFERENCE THE PLAINTIFF RIGHTS TO FILE THESE PROCESSING,AND INTIMIDATION).
* THE PLAINTIFF FILE GRIEVANCES (ON 11/12/2020 NINE PAGE GRIEVANCES,NO RESPOND
THE GRIEVANCES WENT UNANSWER. BUT THE OFFICERS DID NOT STOP TAUNTING).

18 of 45.

\* R.M.S.I. AUTHORITIES REFUSE TO ADDRESS OR CORRECT OFFICERS MISCONDUCT:
\* THE PLAINTIFF PERSONAL PROPERTY WAS ATTACK BY OFFICERS,R.M.S.I. AUTHO-
RITIES/ADM STAFF BLOCKED AND PROHIBIT THE VICTIM/INMATE/PLAINTIFF FROM
SEEKING LEGAL ACTION OR CHALLENGE THESE VIOLATION.

\* UNIT-2 ARE EQUIP WITH SURVEILLANCE CAMERAS/VIDEOS,THE UNIT-MANAGER (GEO-
RGE FIRESTINE),ASSOCIATE WARDEN OF SECURITY(ERNEST LEWIS),R.M.S.I. INTE-
RNAL AFFAIR DEPT(SGT.KELLY HUNT),SHIFT COMMANDER(WILLIAM A.GREEN),LT.JE-
SSICA A.CALOWELL HAS ACCESS TO R.M.S.I. SURVEILLANCE CAMERAS/VIDEOS EQU-
IP.THAT MEAN THEY COULD HAVE STOP OR CORRECTED THESE INDIVIDUAL OFFICERS
FROM GOING INTO THE PLAINTIFF CELL ATTACKING HIS PERSONAL PROPERTY.


DISCRIMINATION/BIAS/PREJUDICE TREATMENT CLAIMS:

        THE PLAINTIFF FILED AN INMATE GRIEVANCES FORM/COMPLAINT CONCERNING
EACH AND EVERY ONE OF THESE INCIDENTS ADDRESSED IN THIS MATTER.
        R.M.S.I. AUTHORITIES/ADM STAFF REFUSED TO ADDRESS,ACKNOWLEDGE OR
RESPOND(UNANSWER AND NO DUE PROCEDURE/PROCEEDING OF THE GRIEVANCES).
THE INCIDENT OF THE MATTER IS NOT ADDRESSED AND NOT CORRECTED.THESE IN-
DIVIDUAL OFFICERS NAMED AND INVOLVE ALLOW TO CARRY ON OTHER ATTACK (RET-
ALIATION AND INTIMIDATION AGAINST THE PLAINTIFF).THESE ARE STATE AND FE-
DERAL INMATES CONSTITUTIONAL VIOLATIONS,T.D.O.C. POLICIES VIOLATION,FIR-
ST AMENDMENT VIOLATION.


NEXT CLAIM UNDER THIS MATTER:
        UNIT-2 SCHOOL/GED PROGRAM FOR DEATH-ROW INMATES/THE PLAINTIFF.
\*      MR.CHRIS GILLIAM IS UNIT-2 SCHOOL/INSTRUCTOR (TEACHER).
\*      EX-UNIT-MANAGER(MR.MICHAEL D.KEYS),AND UNIT-MANAGER (MR.GEORGE FIR-
        ESTINE).
        STATEMENT AND FACTS:

THESE INDIVIDUAL R.M.S.I. AUTHORITIES/STAFF COMMITED DISCRIMINATION AGA-
INST THE PLAINTIFF FOR APPROXIMATE TWENTY (20) MONTHS.
THE PLAINTIFF ATTEND SCHOOL/GED PAY WAS ADJUSTED THE PLAINTIFF MONTHLY/
STATE-PAY WITHOUT ANY DUE PROCEDURE/PROCESSING.
\* T.D.O.C. POLICIES STATED IF AN INMATE/PLAINTIFF ARE NOT FOUND GUILTY OF
⊙ AN DISCIPLINARY INFRACTION HIS OR HER MONTHLY/STATE-PAY SHOULDN'T CHANG-
E (UNDER STATE POLICIES IF AN CHAIRPERSON DO NOT FOUND AN INMATE/PLAINT-
IFF GUILTY OF AN DISCIPLINARY REPORT,AND THAT INMATE/PLAINTIFF DO NOT EX-
CHANGE JOB ASSIGNMENT HIS OR HER MONTHLY/STATE-PAY SHALL NOT CHANGE.

THESE INDIVIDUAL AUTHORITIES/STAFF VIOLATED STATE AND FEDERAL STANDARD
FOR SCHOOL/GED PROGRAM POLICIES.THESE INDIVIDUAL ATTACK THE PLAINTIFF
MONTHLY/STATE-PAY BECAUSE THE PLAINTIFF SKIN COLOR AND THEY (R.M.S.I.
AUTHORITIES/STAFF ALLOW TO CARRY OUT DISCRIMINATION,BIAS AND PREJUDICE
TREATMENT AGAINST INMATES/PLAINTIFF UNDER THIS ADMINISTRATION).

\* SCHOOL/GED PROGRAM HOURS FOR DEATH-ROW INMATE/PLAINTIFF 6 HOURS EACH DAY
FIVE DAYS A WEEK AT $2.04 EACH DAY.

\* THESE INDIVIDUAL AUTHORITIES/STAFF (TEACHER) ONLY PAID THE PLAINTIFF FOR
THREE (3) DAYS OUT OF THE WEEK AT $2.04 EACH DAY.

\* THE PLAINTIFF WAS NOT ALLOW TO CHALLENG THESE VIOLATION ON THE INSTITUTION
LEVEL.
\* THE OTHER INMATES ATTEND SCHOOL/GED PROGRAM RECEIVED FULL PAID.

NEXT CLAIM UNDER THIS MATTER:

ON DECEMBER 29,2020 (TUESDAY) BETWEEN 8:10 A.M. AND 10:10 A.M. THE PLAINTIFF WAS PLACE IN THE MIDDLE SHOWER OF B-POD SGT.D.CASTILLO AND OFFICER TERRY FOSTER ALONG WITH I/M WILLIAM HALL #165462 TURN OFF THE TIMER AND WATER TO THE SHOWER FROM THE PLAINTIFF WAS PLACED IN THAT SHOWER BY OFFICER.

* PLEASE REMEMBER THE PLAINTIFF ARE HOUSING IN SEGREGATION CONFINEMENT IN B-POD AND ASSIGNED TO (B-103-CELL).
* I/M RICKY BELL #503500 AND I/M TONY CARRUTHERS WAS PLACED IN THE OTHER TWO SHOWER IN B-POD DURING THIS SAME TIME. AND DID NOT HAVE ANY PROBLEM. THE PLAINTIFF WAS DENIED AN SHOWER BY THIS PLOT CARRY OUT BY SGT.CASTILLO OFFICER TERRY FOSTER.
* THESE INDIVIDUAL SHIFT COMMANDER (GREEN,HERRO,CALOWELL) ARE RESPONSIBLE FOR THE PLOT SGT.CASTILLO AND OFFICER TERRY FOSTER CARRY OUT AGAINST. THESE ARE RETALIATION FROM BOTH DEFENDANT(S) SEE CASE NO.3:19-CV-00795. THIS ADM STAFF ARE AWARE OF THE PENDING CIVIL RIGHTS CLAIM AGAINST THESE OFFICERS.
* ON DECEMBER 28,2020 AND DECEMBER 29,2020 THESE INDIVIDUAL OFFICERS ENCOURAGE ANOTHER INMATE (I/M WILLIAM HALL #165462) BY ORDER FROM SGT.CASTILLO TO TURN OFF THE WATER AND TIMER TO THE SHOWER THE PLAINTIFF WAS PLACED IN.
* THESE INDIVIDUAL OFFICERS VIOLATED THE PLAINTIFF EIGHTH AMENDMENT,VIOLATED STATE AND FEDERAL STANDARD,AND VIOLATED T.D.O.C. POLICIES.

NEXT CLAIM UNDER THIS MATTER:

ON OCTOBER 02,2020 THE PLAINTIFF RECEIVED A FOOD PACKAGE FROM UNION SUPPLY DIRECT COMPANY.THAT FOOD PACKAGE WAS DELIVERY BY SGT.R.SIMMONS.

THREE (3) PACK OF DELICIOUS DOUBLE FILLED COOKIES WAS FOUND OPEN. THE SEAL WAS BROKEN ON ITEM MELINDA'S GREEN SAUCE. THESE ATTACK WAS CARRY OUT BY OFFICER TERRY FOSTER.AGAIN SGT.R.SIMMONS DID NOT REPORT THESE VIOLATION TO HIS SUPERVISOR OR THE SHIFT COMMANDERS.

ON DECEMBER 04,2020 (FRIDAY) THE PLAINTIFF RECEIVED A FOOD PACKAGE FROM UNION SUPPLY DIRECT COMPANY DELIVERY BY OFFICER S.TOMPKINS (WHO RECEIVED HIS FROM SGT.D.CASTILLO AFTER THE FOOD PACKAGE ITEMS WAS ALREADY ATTACK).

THE PLAINTIFF DISCOVERY NINE (9) BAGS OF CHEEZ-IT OPEN,

TWO (2) BAGS OF TASTER'S CHOICE COFFEE OPEN,

TWO (2) BAGS OF JALAPENO PRETZEL PIECES OPEN,THE PLAINTIFF REPORTED THESE INCIDENTS TO SGT.D.CASTILLO,THE PLAINTIFF ALSO WROTE A LETTER TO UNION SUPPLY DIRECT COMPANY OF THESE ITEMS OPEN/DAMAGE. THE PLAINTIFF INFORMED U/M GEORGE FIRESTINE OF THIS INCIDENT,THE PLAINTIFF FILED GRIEVANCES OF THESE PACKAGE ATTACKS.AS OF TODAY THE PROBLEM HAS NOT BEEN CORRECTED.SGT.D.SIMMONS AND OFFICER TERRY FOSTER STILL ALLOW TO CARRY OUT ATTACKS AGAINST THE PLAINTIFF AND HIS PERSONAL PROPERTY.

* OFFICER TERRY FOSTER WENT INTO THE PLAINTIFF CELL ON 1/08/2021,1/09/2021, 1/10/2021,1/11/2021 AND ON 1/12/2021 ATTACKED THE PLAINTIFF PROPERTY.

NEXT CLAIM UNDER THIS MATTER:

THE PLAINTIFF IS FILING THIS CLAIM AGAINST MR WARREN S.TATE,MR ERNEST LEWIS, MR GEORGE FIRESTINE AND SGT.KELLY HUNT.

FALSE INFORMATION WAS PLACED IN THE PLAINTIFF PRISONER FILE BY SGT.K.HUNT ON APRIL 15, 2019 (MONDAY).

* ON APRIL 14,2019 (SUNDAY) SGT.K.HUNT WAS NOT AT R.M.S.I..SGT.K.HUNT PREPARED AN FALSE REPORT AGAINST THE PLAINTIFF.UNDER STATE AND FEDERAL STANDARD AN OFFICERS MUST BE PRESENCE TO PREPARE OR MADE AN OATH STATE-MENT OF AN <u>PHYSICALLY ASSUALT</u> (SGT.K.HUNT AS NOT WORKING WHEN THE INCI-DENT OCCUR).
THESE R.M.S.I. AUTHORITIES KNEW SGT.K.HUNT REPORT WAS FALSE.BUT YET STILL ALLOW HER TO PLACED FALSE INFO IN PRISON RECORDS.

* ON APRIL 14,2019 (SUNDAY) THE PLAINTIFF DEFENDING HIMSELF (I/M TERRY KING # 103308 attack the plaintiff with homosexual slur "CAT CALLING").

* ON JULY 13, 2020 SGT.KELLY HUNT PLACED AN REPORT ON GRIEVANCE #20-0312-00343122 THAT THE PLAINTIFF HAS AN <u>INCOMPATIBLES INMATE</u> ASSIGN TO UNIT -2 A-POD (SHE DID NOT LIST THIS ALLEGE INCOMPATIBLES INMATE NAME). THE U/M MR GEORGE FIRESTINE,MR WARREN S.TATE,MR ERNEST LEWIS DID NOT CORRECT SGT.KELLY HUNT FALSE AND FOUL REPORT IN THIS MATTER AGAINST THE PLAINTIFF.

* THESE FALSE STATEMENT STOP THE PLAINTIFF FROM MOVING TO A-POD (EACH CELL EQUIP WITH AN SHOWER INSIDE THE CELL).

* SGT.KELLY HUNT FALSE STATEMENT SHOWN DISCRIMNIATION AND BIAS AGAINST THE PLAINTIFF.

* ON JULY 20, 2020 THE PLAINTIFF RECEIVED AN INMATE REQUETST STATED THE PLAINTIFF DO NOT HAVE AN INCOMPATIBLE AT R.M.S.I..

* THE ONLY INCOMPATIBLE INMATE LIST ARE EX-TN STATE PRISONER <u>TEVARUS YOUNG</u> DOB 11/21/1982. FROM FLORIDA STATE.

* IT'S AN FEDERAL LAWS VIOLATION FOR AN OFFICER TO FALSIFY ANY REPORT UNDER OATH.

* SGT.KELLY HUNT FALSE STATEMENT VIOLATED THE PLAINTIFF CONSTITUTIONAL RIGHT INSIDE THIS PRISON.(VIOLATED THE PLAINTIFF FOURTEENTH AMENDMENT DUE PROCESS IN THESE ALLEGE CLAIMS.THE PLAINTIFF HAVE NEVER RECEIVED ANY DIS-CIPLINARY OR INFRACTION "NO HISTORY OF ANY VIOLATION IN T.D.O.C. PRISON SYSTEM".)

** SGT.K.HUNT FAILURE TO INVESTIGATE ANY CLAIM IN THIS LAWSUIT.

NEXT CLAIM UNDER THIS COMPLAINT/MATTER:

ON MACH 14,2021 (SUNDAY) I/M JONES COMPLETED AN EIGHT PAGES LETTER ADD-RESSED TO THE UNITED STATES DISTRICT ATTORNEY GENERAL OFFICE (<u>ATTY.DON COO</u> <u>HRAN</u>) SEEKING LEGAL ACTION AGAINST TWO OFFICERS (MICHAEL CARTER,AND TERRY FOSTER) FOR <u>ASSAULT AND ATTEMPT ASSASSINATE</u>.

* THE COURT LETTER/DOCUMENT WAS COMPLETED BY THE PLAINTIFF.ON MARCH 15,2021 AT APPROX 8:00 A.M. THE PLAINTIFF ESCORTED TO THE RECREATION YARD FOR HIS DAILY EXERCISE (ESCORTED BY OFFICER.M.CARTER AND CPL.J.DAVIS).

AT 10:05 A.M. THE PLAINTIFF RETURN TO HIS CELL DISCOVERY HIS EIGHT PAGES LETTER AND OTHER CRIMINAL CASE DISCOVERY RECORDS WAS MISSING FROM HIS CE-LL (SGT.R.SIMMONS,CPL.J.DAVIS,MICHAEL CARTER,AND TERRY FOSTER WAS ASSIGNED TO UNIT-2 ON THIS DAY OF THIEF.THE PLAINTIFF IMMEDIATELY REPORT THE INCIDE-NT TO THE UNIT-MANAGER (G.FIRESTINE) WHO DENIED AND COVER UP THE OFFICER

21 of 45

TERRY FOSTER MISCONDUCT AND BEHAVIOR TOWARD INMATES AND INMATE PROPERTY.
THE INCIDENT WAS NOT INVESTIGATED (UNIT-2 A-POD DO HAVE SURVEILLANCE CAMERAS,
THE UNIT-MANAGER AND SHIFT-COMMANDER ALLOW TO REVIEW).

* FOR THE LAST FOUR YEARS OFFICER TERRY FOSTER HAS BEEN GOING INTO THE PLAIN-
TIFF CELL ATTACKING THE PLAINTIFF PERSONAL PROPERTY EACH DAY THE PLAINTIFF
ATTEND HIS DAILY RECREATION YARD (THESE THREE INDIVIDUAL OFFICERS FOSTER,
CARTER,AND CASTILLO WILL DOUBLE BACK TO THE PLAINTIFF CELL AND ATTACK THE
PLAINTIFF PROPERTY,LEGAL MATERIAL,LEGAL BOOKS,SHOES,BOOTS,UNDERWEARS,T-SH
IRT,FOOD ITEMS,T.V.SET,RADIO,CLOTHES,PLAYING CARDS,COFFEE CUP,BED SHEET W-
ITH MUSTARD THE SHEET,SOCK WITH HOLES PUNCH IN THE SOCKS,UNDERWEARS WITH
HOLES PUNCH UNDER THE MALE ORGAN AREA (THESE ARE THE UNCONSTITUTIONAL ATT-
ACKS OFFICERS ALLOW TO USE AGAINST WHO THEY HATE,WHO THEY WILL TO BEAT OR
KILL,THE HARASSMENT ARE SEXUAL RELATED,OFFICER ALLOW CARRY OUT THESE TYPE
AND PLOTS AGAINST INMATES,THEN HIDE BEHIND THEIR BADGE,UNIFORM,AND TENNE-
SSEE STATE LAWS (INMATES HAS BEEN PLACED IN CONFINE,BEATEN AND KILL FROM
OFFICERS USING THESE UNCONSTITUTIONAL DIRTY TACTICS,THESE SAME INDIVIDUAL
OFFICERS NAMED IN THIS LAWSUIT ATTACK THE PLAINTIFF WITH UNCONSTITUTION DI-
RTY SLAVE TACTICS,THE ADMIN STAFF ALLOW THESE INDIVIDUAL OFFICERS TO CARRY
SEXUAL HARASSMENT AGAINST INMATES.EACH ONE OF THESE ATTACKS WAS SEXUAL RE-
LATED (PLEASE ALLOW THE PLAINTIFF TO EXPLAIN.OFFICERS ARE FRATERNING WITH
A GROUP OF TENNESSEE STATE CONVICTED SEXUAL OFFENDER INMATES WHO ARE CARRY
OUT SEXUAL HARASSMENT AGAINST OTHER,OFFICERS ARE ENGAGING IN THESE SORTER
MISCONDUCT.OFFICERS ARE PROMOTE HOMOSEXUAL HARASSMENT IN THIS UNIT,OFFICER
ARE ALLOW TO HIDE BEHIND THEIR BADGE AND CARRY OUT THESE CIVIL RIGHTS AND
HUMAN RIGHTS VIOLATION AGAINST INMATES INSIDE THIS PRISON,THESE SAME INDI-
VIDUAL TREATED THE PLAINTIFF WITH DIRTY SLAVE TACTICS BECAUSE THE PLAINTIFF
REFUSE TO ENGAGE IN HOMOSEXUAL ACTIVITIES WITH THE OTHER INMATES THESE OFFI
CERS ARE FRATERNING WITH.

* INMATES ARE ABUSE BY OFFICERS AND OTHER INMATES BECAUSE HE REFUSE TO ENGA-
GE IN HOMOSEXUAL ACTIVITIES.

* THESE SAME INDIVIDUAL OFFICERS ARE ENGAGING IN HOMOSEXUAL CONVERSATION WITH
THESE GROUP OF INMATES,ABOUT OTHER INMATES,THEN THESE OFFICERS WILL GO AND
CARRY OUT AGGRAVATE SEXUAL STALKING/GAWKING AND AGGRAVATE SEXUAL HARASSMENT
AGAINST THE PLAINTIFF.

* THESE ATTACKS ARE CARRY OUT BY OFFICERS.GOING UNREPORTED,THE VICTIM/PLAINT-
IFF WAS BLOCKED AND PROHIBIT FROM SEEKING 42 U.S.C. 1983 CIVIL RIGHTS/COMPL-
AINT AGAINST THESE INDIVIDUAL OFFICERS.

* THE INTERNAL AFFAIR DEPT (SGT.KELLY HUNT,TONY MAYS,ERNEST LEWIS,GEORGE FIRE-
STINE,CPL.S.WARD,WILLIAM A.GREEN,JESSICA A.CALOWELL,,DOMINGO A. CASTILLO,
TERRY FOSTER,RICHARD E.SIMMONS,JAMIE A.DAVIS,WARREN S.TATE,LINDA STOKES,
CHRIS GILLIAM,MICHAEL D.KEYS,CAPT.HERRO,MICHAEL CARTER,TAMEA BUTLER,AND
OFFICER Djuana Hodges) THESE INDIVIDUAL OFFICERS/STAFF WAS INVOLVE,HAD KNO-
WLEDGE OF THESE ATTACKS AND THEY ALL KNEW ABOUT THESE ATTACKS.
NEITHER ONE OF THESE INDIVIDUAL OFFICERS/STAFF DIDN'T CORRECT OR ADDRESS TH-
ESE ATTACKS.

* THESE INDIVIDUAL AUTHORITIES ATTACK VICTIM/PLAINTIFF WITH ILLEGAL CONFINEM-
ENT,ATTACKED THE PLAINTIFF OUTGOING LEGAL MAIL (THIS MAIL WAS REPORT THESE
UNCONSTUTIONAL ATTACKS,DISCRIMINATION TREATMENT,BIAS TREATMENT,TREATED LIKE
SLAVE,THESE OFFICERS ATTACKED THEPLAINTIFF/VICTIM DAILY MEALS (SABOTAGE),
THE PLAINTIFF FOOD PACKAGE WAS SABOTAGE,COMMISSARY ORDER WAS SABOTAGE WITH
DAMAGE,EVERY DAY THE PLAINTIFF WAS MET WITH THESE VIOLATION CARRY OUT BY
OFFICERS.

PAGE XXIII:CLAIM UNDER THIS COMPLAINT/MATTER:

* THE PLAINTIFF WAS PHYSICAL ASSAULTED BY OFFICER MICHAEL CARTER WITH HIS
  R.M.S.I. STATE ISSUE HANDCUFF ON NUMEROUS OCCASION (THE PLAINTIFF WAS IN-
  TENTION PINCH WITH THESE HANDCUFF ON FIVE DIFFERENT OCCASION BY OFFICER
  MICHAEL CARTER).THIS WAS ONE OF THE OFFICERS DIRTY TACTICS USE TO PROVOKE
  THE VICTIM/PLAINTIFF INTO AN ALTERCATION (PHYSICAL OR VERBALLY).AGAIN THE
  PLAINTIFF HAS NEVER COMMITED ANY VIOLATION AGAINST OFFICER M.CARTER.
* THESE ARE DIRTY TACTICS OFFICERS USE TO SEXUAL HARASS INMATES,WHEN INMATE
  REFUSE TO ENGAGE IN HOMOSEXUAL ACTIVITIES (THESE ARE THE DIRTY TACTICS IN-
  MATES ARE MEET WITH ON A DAILY BASIC.AND THESE ATTACKS ARE GOING UNREPORTED.)
* THE EIGHT PAGE DOCUMENT/LETTER OFFICER TERRY FOSTER STOLEN ADDRESED TO A.D.
  A.G. DON COOHRAN (U.S. DIST.ATTY.GENE.).THE OFFICER WAS BLOCKING AND PROHI-
  BIT THE PLAINTIFF FROM REPORT THESE ATTACKS (FIRST AMENDMENT VIOLATION.)
* R.M.S.I. MAIL PERSONNEL (OFFICER D.HODGES,AND CPL.T.BUTLER) ARE PROHIBIT
  ,BLOCKING,AND CONFISCATE VICTIM/PLAINTIFF OUT GOING LEGAL MAIL ABOUT TH-
  ESE ATTACKS THAT GOING ON INSIDE THIS PRISON.

*OFFICERS ARE COMMIT SEXUAL HARASMENT AGAINST INMATE/PLAINTIFF INSIDE THIS
  PRISON/UNIT.THIS ADMIN STAFF ARE HIDE AND COVER UP OFFICERS MISCONDUCT TO-
  WARD INMATES/PLAINTIFF.
* INMATE GRIEVANCE AGAINST OFFICER MICHAEL CARTER ON MARCH XXXXXXX,R.M.S.I.
  GRIEVANCE FILED ON JANUARY 14,2021.

* GRIEVANCE FILED ON JULY 03,2020 (FRIDAY),T.D.O.C.#502.05 (63.) VERBAL
  THREAT TOWARD I/M JONES BY I/M RICKY BELL #503500.GRIEVANCE #20-0312/00-
  343122. SUPERVISE BYSGT.L.STOKES,AND SGT.D.CASTILLO.
  I/M BELL THREAT TO KILL & RAPE I/M JONES.THE ADMIN STAFF DIDN'T CORRECT OR
  INVESTIGATE OR ADDRESS THE PROBLEM.(THE GRIEVANCE #20-0312-00343122 WAS RE-
  TURN NOT PROCESS.)

* GRIEVANCE #20-0341-00343416 FILED AND RESUBMITED ON JULY 20,2020 "THIS GR-
  IEVANCE WAS FILED UNDER EMERGENCY SITUATION" (VERY HAZARD TO I/M JONES HE-
  ALTH), SGT.D.CASTILLO ISSUE I/M JONES UNSAFE MEAL (SHIFT COMMANDER WILLIAM
  A. GREEN) WHO IGNORED AND DIDN'T CORRECT OR ADDRESS THE PROBLEM.
  SGT.D.CASTILLO ISSUE I/M JONES BREAKFAST MEAL WITH MOUSE/MICE DROPLET FOUN-
  D IN THE OATHMEAL (THEN REFUSE TO REPLACED THE MEAL).THAT GRIEVANCE WAS RE-
  TURN BACK TO I/M JONES NOT PROCESS.

* GRIEVANCE #20-0464-00345273 FILED ON NOVEMER 02,2020 AGAINST R.M.S.I. MAIL
  ROOM PERSONAL (CPL.T.BUTLER,OFFICER.D.HODGES)VIOLATION OF T.D.O.C. #507.02
  LEGAL MAIL PRIVILEGE AND PERSONAL MAIL.(*FIRST GRIEVANCE WAS FILED ON OCT-
  OBER 30,2020 "FRIDAY"THE PROBLEM WAS NOT CORRECT OR ADDRESSED) THE VIOLAT-
  ION WILL CONTINUE (LEGAL MAIL WAS OPEN OUT OF THE PRESENCE OF THE INMATE
  "COURT DOCUMENT 42 U.S.C. 1983 PROCESSING AGAINST FOUR R.M.S.I. DEFENDANTS"
  THIS INCOMING LEGAL MAIL WAS ALREADY OPEN.
  THE R.M.S.I. ADMIN STAFF IGNORED AND DIDN'T CORRECT THE PROBLEM.
  THESE TAMPERING WITH MAIL UNCONSTITUTIONAL ATTACKS WAS CREATED TO STOP AND
  VIOLATED INMATES FIRST AMENDMENT CONSTITUTIONS RIGHTS UNDER FEDERAL 42 U.S.
  C. 1983 CIVIL RIGHTS/COMPLAINT,UNDER STATE & FEDERAL CONSTITUTION RIGHTS
  INMATES HAS A FOURTEENTH AMENDMENT CONSTITUTION RIGHTS TO DUE PROCESSING
  WITHOUT BEING HARASS,INTIMIDATION,AND RETALIATION (THE LAWS STATED INMATES
  MUST FREELY EXERCISE THESE CONSTITUTIONS RIGHTS IN THESE VIOLATED INVOLVING
  THESE ATTACKS CARRY OUT BY R.M.S.I. CORRECTION OFFICER/STAFF.

PAGE XXIV: CLAIM UNDER THIS COMPLAINT/MATTER:

* ON OCTOBER 05,2021 (MONDAY) GRIEVANCE #20-04228-00344809 TAMPERING WITH IN-
  MATES/PRISON AGAINST CPL.TAMEA BUTLER (R.M.S.I. MAIL ROOM PERSONAL).
  MS BUTLER AND OFFICER D.HODGES ARE CONFISCATE INMATE LEGAL MAIL AND INMATE
  PERSONAL (FOR THE PURPOSE OF COVER UP OFFICERS/STAFF MISCONDUCT CARRY OUT
  AGAINST INMATES) SOME OF THESE ATTACKS ARE SEXUAL RELATED AND OTHER CRIMINAL
  OFFENSES COMMITED AGAINST INMATES/VICTIM.
  * SEE STATEMENT AND FACTS IN DETAIL (GRIEVANCE #20-0428-00344809.

* ON DECEMBER 21,2020 GRIEVANCE #21-0014-00346371 FILE AGAINST R.M.S.I. ADMIN
  STAFF/OFFICER (CPL.S.WARD THE GRIEVANCE CHAIRPERSON.
  ON NOVEMBER 10,2020 I/M JONES SUBMITTED AN NINE (9) PAGE GRIEVANCE FORM AGA-
  INST OFFICERS IN UNIT-2 (DEATH ROW HOUSING),THESE INDIVIDUAL OFFICERS VIOL-
  ATED I/M JONES CIVIL RIGHTS AND HUMAN RIGHTS (OFFICERS WAS TREAT I/M JONES
  LIKE AN SLAVE,ATTACKING I/M JONES DAILY MEALS (OFFICER ISSUE I/M JONES UN-
  SAFE MEALS MICE DROPLET),SABOTAGE BURNED FOOD,OFFICER ALLOW TO CARRY OUT
  SEXUAL HARASSMENT,SEXUAL AGGRAVATE STALK/GAWKING,OFFICER ENGAGING IN HOMO-
  SEXUAL HARASSMENT AGAINST I/M JONES,OFFICERS PROMOTE AND AIDING & ABETTING
  FAKE & FABRICATION HOMOSEXUAL RUMORS ABOUT I/M JONES,OFFICERS TEAM UP WITH
  OTHER INMATES CARRY OUT UNCONSTITUTIONAL TAUNTING (AGAINST I/M JONES BECA-
  USE I/M JONES REFUSE TO ENGAGE IN HOMOSEXUAL ACTIVITIES WITH OTHER INMATES
  THESE OFFICERS ARE FRATERNING WITH,OFFICERS AND OTHER INMATES ARE CARRY OUT
  DIRTY TACTICS AGAINST I/M JONES AND CARRY OUT PLOTS TACTICS.
* DEATH ROW HOUSING HAS SOME VERY SERIOUS UNREPORTED SEXUAL HARASSMENT ATTACKS
  CARRY OUT AGAINST INMATES INSIDE THIS PRISON.

* R.M.S.I. ADMIN STAFF ARE BLOCKING AND PROHIBIT INMATES FROM SEEKING LEGAL
  ACTION AGAINST THESE INDIVIDUAL OFFICERS.

* THESE SEXUAL HARASSMENT ATTACKS BEEN GOING ON OVER FOUR YEARS AGAINST INMAT-
  ES WHO HAS NEVER COMMITED AN VIOLATION.

* EACH DAY I/M JONES ATTEND HIS RECREATION YARD,THESE INDIVIDUAL OFFICERS WI-
  LL DOUBLE BACK TO I/M JONES CELL AND ATTACK I/M JONES PERSONAL PROPERTY (BR-
  OKE,DAMAGE,SABOTAGE,PUT SEXUAL MARK ON UNDERWEARS AND SWEAT PANTS (THESE ARE
  UNREPORT ATTACKS AGAINST I/M JONES BECAUSE I/M JONES REFUSE TO ENGAGE IN HO-
  MOSEXUAL ACTIVITIES.)
* THE NINE PAGE GRIEVANCES FORM DISAPPEAR FROM THE FILE,AND WASN'T PROCESSED.
  THE SEXUAL HARASSMENT,PERSONAL PROPERTY ATTACKS CONTINUE TO BE CARRY OUT BY
  OFFICERS.

* THESE GRIEVANCES WAS FILED UNDER T.D.O.C. PREA POLICIES: CPL.S.WARD DIDN'T
  PROCESS THESE GRIEVANCES (HIDED AND COVER UP THESE ATTACKS.

* MARCH 23,2021 I/M JONES FILE AN GRIEVANCE AGAINST UNIT-2 OFFICERS INTERFER-
  ENCE WITH I/M JONES COURT PROCESSING (UNIT-2 OFFICERS DENIED I/M JONES THE
  RIGHTS TO ORDER STAMPS "DENIED HIS ORDER FORM" DID NOT SEND I/M JONES ORDER
  TO R.M.S.I. COMMISSARY PROCESS.AGAINST THESE INDIVIDUAL OFFICERS ALLOW TO
  CARRY OUT ATTACKS AGAINST INMATES INSIDE THIS PRISON.
  THESE UNCONSTITUTIONAL ATTACKS CAUSE SOME INMATE HARDSHIP CONFINEMEN,
  CAUSE SOME INMATE TO BE BEATEN,CAUSE SOME INMATE DEATH OR INJURY.
* THESE STATE EMPLOYEE ARE VIOLATED INMATES FIRST AMENDMENT RIGHTS IN THESE
  ATTACKS (PROHIBIT AND BLOCKING INMATES FROM SEEKING LEGAL ACTION).

PAGE XXV.CLAIM UNDER THIS COMPLAINT/MATTER:

* THESE INDIVIDUAL OFFICERS ARE TEAM UP WITH OTHRE INMATES CARRY OUT PLOTS
  AGAINST ANOTHER INMATE (OTHER WORD,INMATES ARE TELLING OFFICERS HOW TO C-
  ARRY OUT UNCONSTITUTIONAL ATTACKS AGAINST ANOTHER INMATE.)

* THE WEEK I/M JONES WAS DENIED THE RIGHTS TO ORDER COMMISSARY."IT WAS A PL-
  OT CARRY OUT BE THE UNIT-SERGEANT TO INTERFERNCE WITH I/M JONES PENDING C-
  ASE NO.3:19-cv-00795 FILE ON 9/17/2019".

* THAT PENDING LAWSUIT ARE ALSO SURROUNDING R.M.S.I. STAFF/OFFICERS VIOLATED
  INMATES FOURTEENTH AMENDMENT DUE PROCESSING.

* ON SEPTEMBER 10,2020 I/M JONES FILE AN CONSPIRACY AND PLOT MISCONDUCT GRIE-
  VANCE AGAINST SGT.R.SIMMONS,SGT.L.STOKES.SGT.D.CASTILLO,AND U/M GEORGE C.
  FIRESTINE (GRIEVANCE #20-0389-00344326.)

  * MR WARREN S.TATE WAS IN ON THESE PLOTS TOO.
  * THESE PLOTS WAS SURROUNDING SEXUAL HARASSMENT (I/M WIILLIAM HALL #165462
    AND SGT.L.STOKES WAS CARRY OUT AN HOMOSEXUAL CONVERSATION ABOUT I/M JONES
    ,SGT.L.STOKES TOOK THE FAKE HOMOSEXUAL CONVERSATION TO THE UNIT-MANAGER
    G.C.FIRESTINE WHO TOOK ACTION AGAINST I/M JONES AND APPROVED I/M JONES
    MOVED.) THESE KIND OF ATTACKS ARE CARRY OUT ON DAILY BASIC AGAINST INMATE
    WHO REFUSE TO ENGAGE OR REFUSE PARTICIPATE IN HOMOSEXUAL ACTIVITIES.
    THE UNIT-SERGEANT LYING ON INMATES (FILING FAKE & FABRICATION HOMOSEXUAL
    RUMORS AGAINST ANOTHER INMATE,WITHOUT WITNESSED ANY HOMOSEXUAL ACTIVITIES
    OR INCIDENT,THESE ARE UNREPORTED SEXUAL HARASSMENT ATTACKS.)

* THE UNIT-SERGEANT ENCOURAGE OFFICERS TO CARRY OUT AGGRAVATING STALKING AG-
  AINST INMATE INSIDE THIS UNIT (ON DEATH ROW) THESE ATTACKS ARE CARRY OUT
  ALSO ON DAILY BASIC (AGAIN UNREPORTED SEXUAL HARASSMENT INCIDENTS CARRY OUT
  BY OFFICERS.) PLEASE BE ADVISED THESE INDIVIDUAL OFFICERS BEEN CARRY OUT
  THESE ATTACKS OVER SIX YEARS AGAINST I/M JONES.
  *OFFICERS ARE HOLDING INAPPROPRIATE SEXUAL CONVERSATION WITH INMATES ABOUT
  ANOTHER INMATE.

* CONSPIRACY PLOT INCIDENT:GRIEVANCE #20-0389-00344326.

  ON JUNE 14, 2020 (SUNDAY) AT APPROX 7:30 A.M.ONE OF THESE INDIVIDUAL OFFI-
  CERS (SGT.R.SIMMONS,SGT.D.CASTILLO,OFFICER MICHAEL CARTER,OFFICER TERRY F-
  OSTER,CPL JAMES DAVIS) PLANT AN HOME MADE WEAPON (ICE-PICK) IN THE BACK C-
  AGE,THEN ESCORTED I/M JONES TO THE BACK CAGE,AND PLACED I/M JONES INSIDE
  THE CAGE WITH THE WEAPON (I/M JONES IMMEDIATELY REPORTED THE INCIDENT TO
  SGT.R.SIMMONS WHO PICK THE WEAPON UP AND DID NOT REPORT THE INCIDENT TO HIS
  SHIFT COMMANDER (THESE INDIVIDUAL OFFICERS COVER UP THE INCIDENT,AND MOVED
  ON TO THE NEXT PLOT.I/M JONES FILE GRIEVANCE FORM OF THE INCIDENT.AGAIN THE
  INSTITUTION ADMIN STAFF (CPL.S.WARD) DID NOT PROCESS THE GRIEVANCE AND DID
  NOT REPORT THE INCIDENT TO R.M.S.I.INTERNAL AFFAIR DEPT.

* THESE INDIVIDUAL OFFICERS COMMITED STATE AND FEDERAL OFFENSES AGAINST INM-
  ATE JONES AND THE INSTITUTION BLOCKED & PROHIBIT FROM SEEKING LEGAL ACTION
  AGAINST THESE INDIVIDUAL OFFICERS.

  NEXT INCIDENT THIEF:
  GRIEVANCE #20-0158-00341524,file on APRIL 08,2020 AGAINST SGT.R.SIMMONS
  AND OFFICER TERRY FOSTER.

  THE PLAINTIFF PERSONAL PROPERTY WAS TOOKING/STOLEN BY OFFICER TERRY FOSTER
  ON APRIL 08,2020 (WEDNESDAY) BETWEEN 7:10 A.M. AND 9:45 A.M. B-pod,cell-103.

PAGE XXVI.CLAIM UNDER THIS COMPLAINT/MATTER:

STATEMENT AND FACTS TO THE THIEF INCIDENT.

ON APRIL 08, 2020 (WEDNESDAY) AT APPROXIMATE 9:45 A.M. I/M JONES RETURN
BACK TO HIS ASSIGN CELL FROM RECREATION YARD.

I/M JONES REMOVED HIS TENNIS SHOES TO PREPARE FOR HIS DAILY SHOWER AFTER
ATTEND RECREATION YARD,FOUND HIS CELL FLOOR WET (VERY STICKY & WET),THAT
MEAN SOMEBODY WAS INSIDE I/M JONES CELL WHY I/M JONES WAS ATTEND RECREATION.

ONCE I/M JONES RETURN FROM THE SHOWER,I/M JONES DISCOVERY TWO BARS OF IRISH
SPRING SOAP MISSING,FIVE BAGS CHIPS (JALAPENO PRETZEL PIECES),AND HAIR DRY
BROKEN (SABOTAGE DAMAGE).

*TWO OTHER INMATES INFORMED I/M JONES OFFICER TERRY FOSTER ALLOW TWO UNKNOW
 /UN-NAME INMATE INTO I/M JONES CELL DURING I/M JONES RECREATION YARD.

* THIS ADMIN STAFF ALLOW OFFICERS TO ATTACK INMATES AND INMATE PERSONAL PRO-
  PERTY (THESE ARE UNCONSTITUTIONAL DIRTY TACTICS OFFICERS ALLOW TO USE AGA-
  INST INMATES WHO THEY WILL LIKE TO STAY IN CONFINEMENT,OTHER WORDS OFFICE-
  RS ALLOW TO TAUNT AND HARASS INMATE,THEN HIDE BEHIND THEIR BADGE,UNIFORM,
  AND TENNESSEE STATE LAWS.

* OFFICERS ALLOW TO TAUNT AND PROVOKE INMATES INTO ALTERCATION (VERBALLY OR
  PHYSICAL) SO THEY CAN JUSTIFIED BEATEN,KILLING OR CAUSE SERIOUS BODY HARM
  TO THE INMATE AT TARGET,THESE SAME OFFICERS USE THESE DIRTY TACTICS TO SE-
  XUAL HARASS INMATES.

* OFFICER TERRY FOSTER BEEN HIDE BEHIND HIS BADGE,UNIFORM,AND THE STATES CA-
  RRY OUT THESE UNCONSTITUTIONAL DIRTY TACTICS FOR APPROX SIX YEARS.

* THE ADMIN STAFF REFUSE TO ADDRESS OR CORRECT THESE VIOLATION.THESE ATTACKS
  ARE GOING UNREPORTED AND COVER UP BY THE UNIT-SERGEANT AND OTHER CO-WORK
  OFFICERS (THESE OFFICERS ARE HIDE BEHIND THEIR BADGE,UNIFORM,AND THE STA-
  TE LAWS TREAT INMATES LIKE SLAVE INSIDE THIS PRISON CIVIL RIGHTS AND HUM-
  AN RIGHTS VIOLATION).

THE NEXT CLAIM OFFICER TERRY FOSTER ATTEMPT TO COMMIT ASSINATE INCIDENT:

ON APRIL 09, 2020 (THURSDAY MORNING ) DURING FEEDING "BREAKFAST" AT APPRO-
XIMATE 6:45 A.M. OFFICER TERRY FOSTER CARRY OUT RETALIATION PLOY AGAINST I/M
JONES.

OFFICER TERRY FOSTER ISSUE I/M JONES BREAKFAST MEAL WITH THREE PIECES
SMALL GLASS FOUND MIX IN THE OATMEAL (CUT THE TOP OF I/M JONES GUM ON LEFT
SIDE).

* I/M JONES IMMEDIATE REPORT THE INCIDENT TO SGT.R.SIMMONS AND HAND THE EV-
  IDENCE EXHIBITS TO SGT.R.SIMMONS (THE INCIDENT WAS NOT REPORTED,NO INCIDE-
  NT REPORT WAS NOT FILED,THE INCIDENT WAS COVER UP BY SGT.R.SIMMONS AND CPL
  JAMIE DAVIS).

* OFFICER TERRY FOSTER PUT OTHER INMATES DAILY MEDICATION IN THE BREAKFAST
  HOT WATER THEN ISSUE THIS UNSAFE HOT WATER TO INMATES WHO AT TARGET.
  CPL.JAMIE DAVIS,OFFICER MICHAEL CARTER ALSO CARRY OUT UNSAFE HOT WATER
  ATTACKS (THIS SABOTAGE HOT WATER MAKE YOU HEARTBEAT VERY SLOW,AND HARD
  TO BREATH "INHALED & EXHALED".
  AGAIN THESE ATTACKS WAS COVER UP BY SGT.R.SIMMONS,CPL.JAMIE DAVIS,OFFICER
  MICHAEL CARTER,SGT.D.CASTILLO,OFFICER TERRY FOSTER.
  THE ADMIN STAFF FAILURE TO CORRECT OR ADDRESS THESE VIOLATION ATTACKS (OFF-
  ICERS ALLOW TO TREAT INMATES LIKE SLAVE INSIDE THIS PRISON).

OFFICERS AND STAFF INFERENCE WITH INMATES LEGAL PROCEEDING (STEALING INMATES CRIMINAL CASE DISCOVERY RECORDS,COURT DOCUMENT PAPERS,TAKING INMATE REQUEST COPY,TAKING GRIEVANCE COPY,CONFISCATED INMATES LEGAL MAIL,REFUSE TO ASISTED INMATES LEGAL ASSISTANT,REFUSE TO ISSUE INMATES LEGAL MATERIAL).

ON MARCH 15,2021 (MONDAY) I/M JONES FILE AN GRIEVANCE AGAINST SGT.R.SIMM-ONS.CPL.JAMIE DAVIS,OFFICER TERRY FOSTER ,AND OFFICER MICHAEL CARTER. GRIEVANCE #21-0072-00347480.

ON MARCH 14,2021 (SUNDAY) I/M JONES PREPARED AN EIGHT PAPER LETTER ADDRESS TO THE UNITED STATES DISTRICT ATTORNEY GENERAL OFFICE (ATTY DON COOHRAN) ABOUT INMATE ABUSE INSIDE THIS PRISON BY THE HANDS OF THESE OFFICERS.

ON MARCH 15, 2021 (MONDAY) I/M JONES ATTEND RECREATION YARD BETWEEN 8:00 A.M. AND 10:05 A.M..
ONCE I/M JONES RETURN FROM HIS RECREATION YARD THE EIGHT PAPER COURT LETT-ER WAS GONE (MISSING FROM THE CELL).

* THESE COURT DOCUMENT WASN'T THREAT,WASN'T CONTRABAND,THE LETTER WAS REPORT OFFICERS MISCONDUCT,ABUSE TOWARD INMATES,SEXUAL HARASSMENT CARRY OUT BY O-FFICERS AND OTHER INMATES,INMATES ARE TREATED LIKE SLAVE INSIDE THIS PRIS-ON BECAUSE INMATES REFUSE TO ENGAGE IN HOMOSEXUAL ACTIVIES WITH OTHER INM-ATES THESE OFFICERS ARE FRATERNIZE WITH.

* OFFICERS ALLOW TO CARRY OUT HOMOSEXUAL AGGRAVATING STALKING/GAWKING AGAIN-ST INMATES INSIDE THIS PRISON AGAINST INMATES.

* THESE SAME INDIVIDUAL OFFICERS GOING INTO INMATES CELL ATTACKING INMATE PERSONAL PROPERTY (DAMAGE,BROKEN,SABOTAGE,STOLEN).

THESE SAME INDIVIDUAL OFFICERS INVOLVING PROMOTE HOMOSEXUAL HARASSMEN,SOME OF THESE ATTACKS ARE AGGRAVATE SEXUAL RELATED (OFFICERS ISSUE OUT UNSAFE MEAL ¦¦ TO CAUSE BODY HARM TO INMATE BECAUSE THE INMATE REFUSE TO ENGAGE IN HOMO-SEXUAL ACTIVITIES.

* THIS LAWSUIT ARE BASIC ON HOMOSEXUAL HARASSMENT AGAINST INMATES.SGT D CAST-ILLO,SGT.R.SIMMONS.SGT.L.STOKES,CPL.JAMIE DAVIS,OFFICER MICHAEL CARTER, AND OFFICER TERRY FOSTER ALL CARRY OUT ATTACKS AGAINST I/M JONES AND I/M DAILY MEALS,PERSONAL PROPERTY,OTHER OFFICERS WAS ENCOURAGE BY THESE SAME INDIVIDUAL OFFICERS TO CARRY OUT ATTACKS AGAINST I/M JONES,

* I/M JONES RECEIVED BIAS & ILLEGAL DISCRIMINATION CONFINEMENT FOR REPORT THESE ATTACKS,FILING GRIEVANCES,FILING 42 U.S.C. 1983 COMPLAINT,AND STANDI-NG HIS GROUND,I/M JONES COMMISSARY ITEMS WAS SABOTAGE,I/M JONES FOOD PACK-AGE ITEMS WAS STEALING AND DAMAGE,UNIT COUNSEL (WARREN S. TATE) HAS PLACED MORE BIAS & DISCRIMINATION CONFINEMENT AGAINST I/M JONES WITH OUT ANY GOOD REASON OR GOOD CAUSE.

* THE UNIT-MANAGER (GEORGE C. FIRESTINE) FAILURE TO CORRECT OR ADDRESS THESE ATTACKS.THESE SAME INDIVIDUAL OFFICERS ATTEMPT TO KILL I/M JONES BY ISSUE I/M JONES POISON AND UNSAFE MEALS (THIS OCCURED ON TWO DIFFERENT ATTEMPT, THIS ADMIN STAFF AND INTERNAL AFFAIR DEPT COVER UP THESE ATTEMPT TO KILL CARRY OUT BY OFFICERS,"WHICH CAUSE I/M JONES TO PASSOUT AND STOP BREATH-ING" THESE ARE CIVIL RIGHTS VIOLATION AND HUMAN RIGHTS VIOLATION CARRY OUT BY OFFICERS WHO PROMISE ALL INMATES SAFE AND EQUAL OPPORTUNITIES.

* THESE ATTACKS WAS LODGED AGAINST I/M JONES FOR EXERCISE HIS FIRST AMENDME-NT RIGHTS IN THESE VIOLATION AND MISCONDUCT.

PAGE XXVIII. CLAIM UNDER THIS COMPLAINT/MATTER:

COMMISSARY INCIDENT (DENIED ORDER).

THE PLAINTIFF HAS A 42 U.S.C. 1983 CIVIL RIGHTS/COMPLAINT PENDING (CASE NO. 3:19-CV-00799), AND THE PLAINTIFF ARE PREPARE A SECOND 42 U.S.C. 1983 CIVIL RIGHTS-COMPLAINT. THE PLAINTIFF FILE INMATE GRIEVANCE FORM ON THIS COMMISSARY INCIDENT ON MARCH 23, 2021, (Grievance #21-0091-00348098) THE PLAINTIFF WAS DENIED COMMISSARY ON MARCH 23, 2021 (TUESDAY). THAT MEAN THE PLAINTIFF PLACED HIS COMMISSARY ORDER ON MARCH 09, 2021.

THE PLAINTIFF FILE THIS GRIEVANCE INCIDENT under Bounds vs. SMITH, 430 U.S. 817, 828, 97 U.S. 1491 (1977).

STATEMENT AND FACTS IN THIS CLAIM:

ON MARCH 08, 2021 (MONDAY) UNIT-2 INMATE CLERK (I/M ABU RAHMAN #117262 - I/M James Jones #117262 SAME INMATE) EACH INMATES IN UNIT-2 (DEATH-ROW HOUSING) AN R.M.S.I. COMMISSARY FORM #53387 CR-3344.

THE PLAINTIFF COMMISSARY ORDER WAS DENIED without commit ANY VIOLATION. THIS GRIEVANCE WAS Filed Against UNIT-2 SERGEANT'S (LINDA STOKES, DOMINGO A. CASTILLO, Richard E. SIMMONS) WHO FAILURE TO PROVIDE THE PLAINTIFF COMMISSARY PRIVILEGE.

THESE INDIVIDUAL SERGEANTS AND THE UNIT-MANAGER (GEORGE C. FIRESTINE) ALLOW I/M ABU RAHMAN #117262 TO RUN INMATES COMMISSARY PRIVILEGE IN UNIT-2 (DEATH-ROW HOUSING).

* THESE VIOLATION CAUSE THE PLAINTIFF TO BE SEXUAL HARASS, RECEIVED

PAGE XXIX. CLAIM UNDER THIS COMPLAINT/MATTER:

BIAS & DISCRIMINATION TREATMENT, POSSIBLE DISMISSAL HIS PENDING
LAWSUIT, RIGHTS TO POST-STAMPS, RIGHTS TO COMMUNICATE FREELY
WITH FAMILIES AND FRIENDS, AND COURTS (THE PLAINTIFF HAS DEATH-
SENTENCE, THAT MEAN HE MUST COMMUNICATE WITH COURTS AND DEFENSE
ATTORNEY'S).

T.D.O.C. POLICIES, INMATES COMMISSARY INFO ARE CLASSIFIED INFO
(THAT MEAN OTHER INMATE ARE NOT ALLOW TO HANDLE OTHER INMATES
COMMISSARY ORDER AND INFORMATION).

* THE PLAINTIFF COMMISSARY ORDER WAS DENIED BECAUSE THE
PLAINTIFF REFUSE TO ENGAGE IN HOMOSEXUAL ACTIVITIES WITH OTH-
ER WHO ARE FRIEND AND FRATERNIZING WITH UNIT-2 OFFICERS/STAFF.

* THESE ARE DIRTY TACTICS OFFICERS ALLOW THE FRATERNIZING
INMATES TO USE AGAINST OTHER INMATES (THE PLAINTIFF) ON DEATH-ROW
(TRYING TO HELP AND ASSISTED THE PERPETRATOR/CULPRITS CONTROL OTHER
INMATES-VICTIM).

* THE UNIT-SERGEANTS ALLOW TO HANG-UP WITH INMATES, THEN
PLOT AND CARRY OUT ATTACKS AGAINST OTHER INMATES, AND USE DIRTY
UNCONSTITUTION TACTICS AGAINST OTHER INMATES.

* AFTER THE PLAINTIFF FILE THIS GRIEVANCE # 21-0091-00348098
AGAINST SGT.D.CASTILLO, SGT.R.SIMMONS, AND SGT.L.STOKES OTHER COMM-
ISSARY ATTACKS OCCURRED

A. COMMISSARY ORDER ON TRANSACTION #6889993 ON 4-16-2021 ITEM

<u>PAGE XXX. CLAIM UNDER THIS COMPLAINT/MATTER:</u>

NO. 71972. MOZZARELLA CHEESE BAR WAS DAMAGE.

    B. TRANSACTION #6923657 ON 5-03-2021,

      ITEMS DAMAGE 1. PEANUT BUTTER SQUEEZE #22273 OPEN-DAMAGE
                1. DIP NACHO CHEESE W-JALAPENO #22286 HOLD IN SIDE
                 OF TUB,
                1. SPANISH RICE W/cheese/JALAPENO #81060 OPEN-DAMAGE
               1. RAMEN CHICKEN #62841 OPEN-DAMAGE,
                1. CRACKER BOX (SALTINE) #26834 WRAP-OPEN-DAMAGE,

    C. TRANSACTION #6935143 ON 5-10-2021
              1. MARSHMALLOW PIE CHOCOLATE DAMAGE & BEAT UP, #22423
              1. MONSTER ICED BUN MUSH-DAMAGE #85874
              1. MOUTHWASH WAS MISSING #36858

    D. TRANSACTION #6948791 ON 5-17-2021
              1. MARSHMALLROW PIE, CHOCOLATE DAMAGE & BEAT UP #22423
              4. BATTERY, AAA SINGLE (DAMAGE VERY LOW NOT NEW) #83040,
              4. BATTERY AA SINGLE (DAMAGE VERY LOW NOT NEW) #83050,

THESE COMMISSARY ITEMS WAS INTENTION ATTACK AND DAMAGE. THE SER-

GEANT'S DIRTY TACTICS WAS TO PROVOKE THE PLAINT (TAUNTING). THE R.M.S.I.

Admin STAFF HAVE NOT ADDRESS OR CORRECT THE PROBLEM, THE ITEMS WAS

NOT REPLACE, THE INMATE GRIEVANCE WAS DENIED ON ALL INSTITUTION LEVEL,

THE PROBLEM WAS NOT RESOLVED.

\*  THE PLAINTIFF WAS THE ONLY PERSON SUFFER.

\*  THESE ATTACK WENT UNREPORTED (NO INCIDENT REPORT WAS NOT FILE

    OR REPORTED ON THIS MATTER.

<u>PAGE XXXI. CLAIM UNDER THIS COMPLAINT/MATTER:</u>

THIEF INCIDENT CARRY OUT BY OFFICER/STAFF. GRIEVANCE # 21-0123-00348734 AGAINST THE PLAINTIFF.

<u>STATEMENT AND FACTS TO THIS INCIDENT.</u>

ON MAY 18, 2021 (TUESDAY) THE PLAINTIFF RECEIVED TEN (10) PEANUT BUTTER PACKS FROM INFORMER.

ANOTHER INFORMER STATED AND QUOTED " I WILL SEND OFFICER TERRY FOSTER INTO your (PLAINTIFF) CELL AND GET THEME (TAKE-CONFIS-CATE).

ON MAY 19, 2021 (wednesday morning) AT APPROX 7:45 A.M. OFFICER MICHAEL CARTER APPROACH THE PLAINTIFF CELL DOOR A-103 TO ESCORTED THE PLAINTIFF TO THE RECREATION YARD.

ONCE THE PLAINTIFF RETURN TO HIS CELL A-103 THE TEN PACKS OF PEANUT BUTTER WAS MISSING WITHOUT ANY REPORT FILE BY OFFICER OR STAFF. OFFICERS WHO WAS ASSIGNED ON MAY 19, 2021 SGT. R. SIMMONS, CPL. JAMIE A. DAVIS, OFFICER TERRY FOSTER, AND OFFICER MICHAEL CARTER, NEITHER OFFICERS DID NOT INFORMED THE PLAINTIFF OF THIS INCIDENT, THE PLAINTIFF DID NOT RECEIVED AN CONFISCATION INCIDENT Receipt, ✳ THE PEANUT BUTTER PACKS WAS NOT THREAT OR CONTRABAND. ONE OF THESE INDIVIDUAL OFFICERS (R. SIMMONS, J.A. DAVIS, M. CARTER, T. FOSTER). THE PLAINTIFF IMMEDIATELY Reported The incident And File inmate Griev-ANCE. THE GRIEVACE WAS DENIED ON All Levels, AND The problem was NOT

PAGE XXXII. CLAIM UNDER THIS COMPLAINT/MATTER:

CORRECT OR ADDRESS, THE PLAINTIFF DID NOT RECEIVED THE TEN PACKS OF PEANUT BUTTER BACK. THE INCIDENT WAS COVER UP BY THESE INDIVIDUAL PERPETRATOR/OFFICERS.

ON DEATH-ROW HOUSING EACH TIME DEATH-ROW INMATE EXIT HIS CELL (THE CELL DOOR Locked AND SECURE). NO OTHER INMATE CAN NOT go into ANOTHER INMATE CELL without OFFICERS ASSISTED-HELP.

* THE PERPETRATOR/OFFICERS MISCONDUCT ACTION WAS CAPTURE ON A-POD SURVEILLANCE CAMERAS. ONE THE PLAINTIFF FILE AN INMATE GRIEVANCE ON THE INCIDENT. THE UNIT-MANAGER (GEORGE C. FIRESTINE), SHIFT COMMANDER (William A. GREEN, JESSICA A. CROWELL, F/N/u HERRO) ALL HAVE AUTHORITY TO REVEIW WHO CONFISCATE THE peanut Butter.

* AGAIN THE INCIDENT WAS COVER up, THE PLAINTIFF WAS NOT COMPENSATED.

* ▓▓▓▓▓▓▓▓ OFFICER TERRY FOSTER HAS BEEN CARRY OUT MISCONDUCT LIKE THIS OVER FOUR OR FIVE YEARS OR MORE AGAINST THE PLAINTIFF AND THE PLAINTIFF PERSONAL PROPERTY (THESE INDIVIDUAL R.M.S.I. UNIT-2 OFFICERS COVER up OFFICER Terry FOSTER MISCONDUCT FOR years). THE High Authorities Refuse To CORRECT OR Address OFFICER Terry FOSTER MISCONDUCT. OFFICER Terry Foster WAS an ENCOURAGE OTHER OFFICERS To ATTACK The plaintiff with these unconstitution DIRTY TACTICS. SGT. R. SIMMONS AND CPL. JAMIE DAVIS help OFFICER Terry FOSTER COVER up THESE INCIDENTS (THEY KNEW) AND HAD KNOWLEDGE OF THESE ATTACKS FOR YEARS.

* CLAIM GRIEVANCE FILE ON June 16, 2021 OFFICERS AND STAFF INFERENCE WITH THE PLAINTIFF DEATH SENTENCE DUE PROCESS (VIOLATED THE PLAINTIFF STATE & FEDERAL FIRST AMENDMENT CONST RIGHTS, FOURTEENTH AMENDMENT CONST. RIGHTS,

STATEMENT AND FACTS IN THIS MATTER/complaint :

* THE PLAINTIFF WAS OVER CHARGE FOR SEND OUT LEGAL CERTIFIED MAIL TO THE COURTS AND OTHER GOVERNMENT OFFICE'S INTENTION.

* @ U.S.p.S. CERTIFIED MAIL #10 ENVELOPE TOTAL COST $6.75.

* R.M.S.I. Admin STAFF, SGT.L.STOKES, OFFICER C.SORENSEN CHARGE THE PLAINTIFF $8.05 & $8.60 TO SEND OUT U.S.p.S. CERTIFIED MAIL. FOR CRIMINAL CASE NO. 03-06997 AND FOR FEDERAL CASE NO. 3:19-CV-00775.

* EVIDENCE EXHIBITS NO. 7017-1450-0000-5641-8474 (TBI DEPT) NO RETURN RECEIPT. #10 ENVELOPE. $8.05

* EVIDENCE EXHIBITS #10 ENVELOPE NO. 7017-1450-0000-5641-8498 (TN SUPREME COURT) RECEIVED RETURN RECEIPT. $8.60

* EVIDENCE EXHIBITS #10 ENVELOPE NO. 7017-1450-0000-5641-8481 (DOJ WASHINGTON D.C.) RECEIVED RETURN RECEIPT. $8.05

* EVIDENCE EXHIBITS #10 ENVELOPE NO. 7017-1450-0000-5641-8504 (Gov. Bill LEE) RECEIVED RETURN RECEIPT. $8.05

* EVIDENCE EXHIBITS #10 ENVELOPE NO. 7017-1450-0000-5641-8528 (Gov. Bill LEE) NO RETURN RECEIPT. $8.05

Case 3:21-cv-00666    Document 1    Filed 08/26/21    Page 46 of 67 PageID #: 46

* EVIDENCE EXHIBITS #10 ENVELOPE NO. 7017-1450-0000-6641-8535
(NASHVILLE U.S.D. ATTY DON COOHRAN) NO RETURN RECEIPT? $8.05
* EVIDENCE EXHIBITS #10 ENVELOPE NO. 7017-1450-0000-6641-8511 (STATE
D.A.G. OFFICE ATTY. GLENN R. FUNK NASHVILLE) NO RETURN RECEIPT? $8.05
* THE PLAINTIFF TOTAL COST $56.90 THESE FUNDS WAS WITHDRAW FROM THE
PLAINTIFF R.M.S.I. TRUST FUND ACCOUNT, THAT MEAN R.M.S.I. Admin STAFF
PLAY A ROLE ALONG WITH SGT. L. STOKES AND OFFIcer C. SORENSEN.
* THESE OFFICERS MISCONDUCT INFERENCE WITH THE PLAINTIFF LIBERTY
(DEATH SENTENCE) AND THE PLAINTIFF FEDERAL CONST RIGHTS (FIRST Amendm-
ent, FOURTEENTH Amendment.
THESE MISCONDUCT VIOLATION WAS INTENTION CARRY OUT TO CAUSE THE PLAINTIFF
SERIOUS PROBLEM WITH HIS DEATH SENTENCE AND OTHER COURT PROCESS.

THESE INDIVIDUAL OFFICERS HAS BEEN CARRY OUT UNCONSTITUTION ATTACKS
AGAINST THE PLAINTIFF OVER SIX YEARS EVERYDAY;
* THESE ATTACKS AND INCIDENTS ARE GOING UNREPORTED,
* OFFICERS TAUNTING THE PLAINTIFF AS SLAVE EVERYDAY,
* THESE ATTACKS IS NOT AN ACCIDENT (CARRY OUT INTENTION TO BE CRUEL.
" INFLICTING SUFFERING" OR TO CAUSE SUFFERING).
* AS OF TODAY (6-16-2021) THE PLAINTIFF HAS NOT RECEIVED HIS CERTIFIED
MAIL RETURN RECEIPT FOR SAME OF THESE OVER CHARGE COST IN THE
ABOVE EVIDENCE EXHIBITS. * THE PLAINTIFF WAS THE ONLY INMATE OVER CH-
ARGE FOR OUT GOING CERTIFIED MAIL. " RETALIATION & HARASSMENT."

<u>PAGE XXXV. CLAIM UNDER THIS COMPLAINT/MATTER:</u>

* CLAIM, GRIEVANCE WAS FILE ON THESE INCIDENCE ON JUNE 21, 2021 (MONDAY) AT 1:37 p.m. DAMAGE PERSONAL PROPERTY INCIDENTS. GRIEVANCE WAS FILE AGAINST OFFICER TERRY FOSTER, Sgt. LLODY, OFFICER MICHAEL CARTER, CPL. J. DAVIS.

<u>STATEMENT AND FACTS IN THESE CLAIMS:</u>

ON 6-18-2021 (FRIDAY) AT APPROXIMATELY 7:30 A.M. Sgt. LLODY APPROACH THE PLAINTIFF CELL DOOR FOR/ARE PARTICIPATE RECREATION YARD. Sgt. LLODY ESCORTED THE PLAINTIFF TO THE RECREATION YARD. AT APPROXIMATE 9:45 A.M. THE PLAINTIFF WAS ESCORTED BACK TO HIS CELL (A-103-CELL). PLEASE BE AWARE THE PLAINTIFF ARE HOUSING IN SEGREGATION CONFINEMENT FOR THE LAST TWO AND HALF YEARS (2.5) WITHOUT ANY DISCIPLINARY INFRACTION OR T.D.O.C. DUE PROCESS HEARING (THE PLAINTIFF ARE HELD IN CONFINEMENT ILLEGAL). THESE OFFICERS ARE ATTACK THE PLAITIFF PROPERTY, COMMISSARY, FOOD PACKAGE, DAILY MEALS, AND HARASSING.

ON 6-18-2021 THE PLAINTIFF RETURN TO HIS CELL AND FOUND THAT OFFICER TERRY FOSTER HAD SEARCH THE PLAINTIFF CELL LOOK FOR CONTRABAND (WHICH NO CONA-TRBAND WAS NOT FOUND). THE PLAINTIFF FOUND PERSONAL PROPERTY DAMAGE,
* WHITE THERMAL BOTTOM HOLES BETWEEN THE LEGS (ORGAN AREA), * GRAY RUSSELL SWEAT PANTS DAMAGE WITH HOLES FRONT LEFT LEG (AROUND UPPER LEFT THIGH), * WEBSTER'S II DICTIONARY DAMAGE (BOTH DICTIONARY), * PLASTIC RULER BROKEN <u>12"</u> <u>RULES</u>, * SKECHERS CROSS-TRAINING TENNIS SHOES (LEFT SHOE WRAP OUTSIDE), * LEGAL MATERIAL PAPERS & LEGAL BOOK DAMAGE,. THE PLAINTIFF IMMEDIATELY REPORT THESE ATTACKS TO UNIT SERGEANT (Sgt. LLODY) WHO DID NOT REPORT THE incidents.

TO HIS SHIFT COMMANDER, DID NOT FILE AN INCIDENT REPORT.

ON 6-19-2021 (SATURDAY) BETWEEN 7:45 A.M. 9:45 A.M. OFFICER TERRY FOSTER WAS ALLOW TO REPEAT THESE ATTACK.* CHEESE BAR SHARP ATTACK, * SNACK CRACKERS DAMAGE BROKE up. AGAIN THE PLAINTIFF REPORT THESE MISCONDUCT HARASSMENT. AGAIN SGT. LLODY DID NOT FILE AN INCIDENT REPORT AND DID NOT REPORT THE INCIDENT TO HIS SHIFT COMMANDER.

ON 6-20-2021 (SUNDAY) BETWEEN 7:50 A.M. 9:50A.M. OFFICER TERRY FOSTER AGAIN enter The plaintiff CELL ATTACK The plaintiff shower CURT-AIN WRAP DOWN, * TOOTHPASTE TUBE TAMPERING. AGAIN THE PLAINTIFF REPORTED THIS INCIDENT TO SGT. LLODY (HIS BODY-LANGUAGE INDICATE "I DON'T CARE". THIS INCIDENT WAS NOT REPORTED.

ON 6-21-2021 (MONDAY MORNING) BETWEEN 7:15 A.M. 9:20 A.M. CPL. Jamie DAVIS ACTING UNIT-sergeant, THE PLAINTIFF RETURN TO HIS CELL Found Blue PEN MARK ON THE pillow CASE, AND mustard ON my white sheets. THIS INCIDENT WAS Also Reported To CPL. Jamie DAVIS (ACTING UNIT-sergent). SHE DID NOT Report The said incident AND did not file AN incid-ent Report OF The MATTER.

ON 6-21-2021 AROUND 1:30 p.m. Michael D. KEYS, TONY MAYS AND OTHER High Authorities come into The UNIT (BUT REFUSE TO Address OR CORRECT OFFICER Terry FOSTER MISCONDUCT TOWARD THE plaintiff personAL PROPERTY. * PLEASE BE AWARE EACH DAY CAPT. W. GREEN, U-M G. FIRESTINE, LT. J. CALDWELL, C-M W. TATE, SGT. L. STOKES, SGT. R. SIMMONS COME INTO UNIT-2 (DEATH-ROW HOUSING)

Case 3:21-cv-00666    Document 1    Filed 08/26/21    Page 49 of 67 PageID #: 49

SIGNATURE THE LOG BOOK THAT ALL INMATES ARE OKAY WITHOUT ANY PROBLEM.

THE WARDEN, A.W.O.S. WARDEN, CAPTAINS, LIEUTENANTS/SHIFT commanders, UNIT-MANAGER AND THE COUNSEL ARE FALSIFIED INSTITUTION INMATES RECORDS (OFFICERS ALLOW TO CARRY OUT PLOTS AGAINST INMATES, OFFICERS ALLOW TO TREAT INMATES LIKE SLAVE, OFFICERS ALLOW TO SEXUAL HARASS INMATES, SEXUAL STALK AND GAWK INMATES, OFFICERS ALLOW TO HOLD SEXUAL RELATIONSHIP INMATES, OFFICERS ALLOW TO HARASS INMATES ON A DAILY BASIC, OFFICERS ALLOW TO ISSUE INMATES UNSAFE MEALS (BECASE INMATES REFUSE TO BE A HOMO-SEXUAL FOR THE INMATES OFFICERS FRATERNIZING WITH), OFFICERS AND THE KITCHEN WORKERS INMATES USING DAILY MEALS FOR LEVERAGE TO SEXUAL HARASS OTHER INMATE (OFFICERS INVOLVE SGT. R. SIMMONS, SGT. D. CASTILLO, SGT. L. STOKES, CPL. JAMIE DAVIS, OFFICER MICHAEL CARTER, AND OFFICER TERRY FOSTER). * SGT. LLODY JUST GOT ASSIGNED TO UNIT-2 TWO MONTHS AGO <u>MAY 2021</u> AND <u>JUNES 2021</u>) THESE ARE UNREPORT PERSONAL PROPERTY ATTACK.

* OFFICER TERRY FOSTER ARE CARRY OUT THESE ATTACKS AGAINST THE PLAINTIFF BECAUSE THE PLAINTIFF REFUSE TO BE A HOMOSEXUAL FOR THE INMATES OFFICER TERRY FOSTER ARE FRATERNIZING WITH.

* OFFICER TERRY FOSTER ARE HARASS THE PLAINTIFF FOR EXERCISE HIS FIRST AMENDMENT IN THESE VIOLATION ATTACKS.

* OFFICER TERRY FOSTER ARE ATTACK THE PLAINTIFF PROPERTY, TRYING TO PROVOKE THE PLAINTIFF INTO <u>VERBIAL</u> OR <u>PHYSICAL</u> <u>ALTERCATION</u>, Then RUN

HIDE BEHIND HIS BADGE, CORRECTION OFFICER UNIFORM, AND THE TENNESSEE STATE LAWS. THESE MISCONDUCT ARE CARRY OUT BY OFFICERS EACH DAYS AND THESE ATTACKS ARE going UNReported. THE ADMIN STAFF ARE BLOCK-ING & PROHIBIT INMATE/VICTIM FROM SEEKING ILLEGAL ACTION AGAINST THESE OFFICERS (OFFICER TERRY FOSTER BEEN ATTACKING THE PLAINTIFF PERSONAL PROPERTY OVER SIX YEARS, THE INSTITUTION HAS NOT CORRECT ED THESE MISCONDUCT YET).

* THE INSTITUTION GOT OFFICERS IN PLACE TO STOP AND HIJACK INM-ATE/VICTIM OUT GOING MAIL CONCERNING THESE ATTACKS AND VIOLATION, OFFICER D. HODGES AND CPL. T. BUTLER.

* THE PLAINTIFF HAS ALSO INFORMED TENNESSEE STATE POST-CONVICTION ATTORNEY'S OF THESE ATTACKS, WHO ALSO FAILURE TO REPORT THESE ATTACKS AND VIOLATION (BECAUSE THEIR CLIENT'S ARE THE PERPETRATORS).

* THE PLAINTIFF WAS TREAT LIKE A SLAVE BY OFFICERS WHO PROMISE TO PROVIDE THE PLAINTIFF SAFE ENVIRONMENT AND FREE OF ALL SEXUAL HARASSMENT.

NEXT CLAIM:

GRIEVANCE #21-0123-00348734 OFFICERS BIAS AND DISCRIMINATION MISCONDUCT TOWARD THE PLAINTIFF PROPERTY. THIS GRIEVANCE WAS FILE ON MAY 18, 2021 (TUESDAY) AGAINST SGT. R. SIMMONS, CPL. JAMIE A. DAVIS, OFFICER MICH-AEL CARTER, OFFICER TERRY FOSTER.

STATEMENT AND FACTS IN THIS CLAIM.

## PAGE XXXIX. CLAIM UNDER THIS COMPLAINT/MATTER:

ON MAY 18, 2021 (TUESDAY) THE PLAINTIFF RECEIVED TEN (10) PEANUT BUTTER PACKS FROM ANOTHER INMATE (INFORMANT-FRATERNIZER).

THEN THE INFORMANT-FRATERNIZER (INMATE) STATED/QUOTE "I'LL SEND OFFICER TERRY FOSTER OVER THERE TO TAKE THEM (PEANUT BUTTER PACKS) BACK."

ON MAY 19, 2021 (WEDNESDAY) AT APPROXIMATE 7:45 A.M. OFFICER MICHAEL CARTER APPROACH TO ESCORT THE PLAINTIFF TO RECREATION YARD.

WHEN THE PLAINTIFF RETURN TO HIS CELL, OFFICER TERRY FOSTER HAD WENT INTO THE PLAINTIFF CELL AND CONFISCATED ALL 10 PACKS OF PEANUT BUTTER WITHOUT REPORT THE INCIDENT, OR WRITE INCIDENT REPORT OF THE MATTER (AGAIN THE ADMIN STAFF ALLOW OFFICER TERRY FOSTER TO CARRY OUT ATTACKS/MISCONDUCT WITHOUT ANY DISCIPLINARY ACTION OR HELD ACCOUNT FOR THESE SORT OF ACTION).

THE PEANUT BUTTER INCIDENT OCCURED BEFORE JUNE 18, 2021 ATTACKS.
* EACH ONE OF OFFICER TERRY FOSTER CELL ATTACKS ARE CAPTURE ON A-POD SURVEILLANCE VIDEO CAMERS, AND THESE OFFICERS AND SHIFT COMMANDERS FAILURE TO STOP OR CORRECT OFFICER TERRY FOSTER MISCONDUCT.
* THE UNIT-MANAGER AND UNIT-SERGEANT'S, AND CPL. JAMIE A. DAVIS KNEW AND HAD KNOWLEDGE OF OFFICER TERRY FOSTER MISCONDUCT.
* ALL THE PLAINTIFF GRIEVANCE FORM WAS INAPPROPRIATE AND DENIED.
* THE PLAINTIFF PEANUT BUTTER WAS NOT CONTRABAND AND WAS NOT A THREAT TO ANY ONE, AND WAS NOT AGAINST THE POLICIES.
* THIS ATTACK WAS CARRY OUT TO PROVOKE, HARASS, AND TAUNTING THE PLAINT-IFF.

THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT:

THE PLAINTIFF ARE FILING THIS COMPLAINT UNDER T.C.A. § 4-21-701 MALICIOUS HARASSMENT (HATE CRIMES) CARRY OUT BY OFFICER TERRY FOSTER AND SGT. LLOYD.

ON July 08, 2021 (THURSDAY) AT APPROXIMATELY 11:30 A.M. UNIT-2 (DEATH-ROW/ SENTENCE HOUSING ARE) THE PLAINTIFF AND OTHER INMATES RECEIVED THEIR FOOD PACKAGE FROM UNION SUPPLY DIRECT COMPANY.

BEFORE THE PLAINTIFF RECEIVED HIS FOOD PACKAGE (DELIVERY TO HIS CELL A-103.) SGT LLOYD AND OFFICER TERRY FOSTER ATTACK PLAINTIFF CANDY (STARLIGHT MINT 3. 25 OZ 103 EACH BAG WAS INTENTION PLACED INTO THE KITCHEN OVEN AND DAMAGE BEFORE PLAINTIFF RECEIVED THESE ITEMS.) THE PRICE .30¢ EACH BAG, DAMAGE TOTAL $ 30.90 ITEMS NO. #8008447.

GRIEVANCE FORM WAS FILED UNDER T.C.A. § 4-21-701 AGAINST SGT LLOYD AND R.M.S.I. SHIFT COMMANDER, ON July 08, 2021.

AGAIN THE R.M.S.I. GRIEVANCE CHAIRPERSON (CPL. S. WARD) DID NOT PROCESS THE GRIEVANCE INCIDENT. THIS ARE PLAINTIFF THIRD GRIEVANCE NOT PROCESS (THE ADMIN STAFF ALLOW TO VIOLATED STATE & FEDERAL CONSTITUTIONS RIGHTS, AND NOT OBEY T.D.O.C. POLICIES, "TRYING TO SABOTAGE INMATE/PLAINTIFF PROCESSING OF THE MATTER/ INCIDENT." (R.M.S.I. GRIEVANCE CHAIRPERSON CPL. S. WARD.)

THE PLAINTIFF FOOD PACKAGE ITEMS WAS THE ONLY FOOD PACKAGE ATTACK OUT OF THIRTY OTHER INMATES.

THE PLAINTIFF ARE SEGREGATION INMATE. THAT MEAN SGT LLOYD AND OFFICER TERRY FOSTER ARE LIABLE TO THE PLAINTIFF OF MALICIOUS HARASSMENT IN THIS COMPLAINT/MATTER.

THE NEXT 42 U.S.C 1983 CIVIL RIGHTS COMPLAINT INCIDENT:

THE PLAINTIFF ARE FILING THIS COMPLAINT UNDER T.C.A. # 4-21-701 MALICIOUS HARRASS-MENT AND RETALIATION (HATE CRIMES) CARRY OUT BY SGT LLOYD AND OFFICER TERRY FOSTER. THE PLAINTIFF FILE AN INMATE GRIEVANCE FORM ON THIS INCIDENT ON July 27, 2021 (TUESDAY.)

## STATEMENT AND FACTS OF WHAT OCCURED:

ON July 27, 2021 (TUESDAY)(MORNING) AT APPROXIMATE 7:45 A.M. THE PLAINTIFF WAS HANDCUFF THEN ESCORTED OUT TO THE RECREATION YARD (THE PLAINTIFF WAS PLACED IN CONFINEMENT 2.5 YEARS AGO .ILLEGAL WITHOUT COMMIT ANY VIOLATION, AND WITH OUT ANY T.D.O.C. POLICIES DUE PROCESS REQUIRMENT.)

AT APPROXIMATE 9:45 A.M. THE PLAINTIFF ESCORTED BACK TO HIS ASSIGN CELL A-103, FOUND HIS CELL FLOOR WET (BUNK AREA AND MATTRESS SOKE.) PLEASE ALLOW THE PLAINTIFF TO EXPLAIN WHAT CAUSE THIS INTENTION/MALICIOUS HARASSMENT WET CELL. THE PLAINT-IFF MOVED INTO CELL A-103 IN JANUARY 18, 2021 (APPROXIMATE 7 MONTHS AGO) NEVER HAD ANY PROBLEM WITH WATER COMING OUT OF THE ROOF.

CELL A-203 ARE RIGHT ABOVE A-103 CELL, CELL A-203 ARE EMPTY (UNOCCUPANT) OVER THREE (3) YEARS. OFFICER TERRY FOSTER WAS ASSIGNED TO UNIT-2 CONTROL ROOM. DURING THE PLAINTIFF TWO (2) HOURS RECREATION YARD TIME OFFICER TERRY FOSTER OPEN CELL A-203 (T.D.O.C. POLICIES/RULES ON DEATH-SENTENCE INMATES ARE NOT ALLOW TO ENTER ANY OTHER CELL.) OFFICER TERRY FOSTER OPEN CELL A-203 FOR AN INMATE TO HAVE ACCESS TO CARRY OUT THIS MALICIOUS UNCONSTITUTIONAL ACT AGAINST THE PLAINTIFF WHY THE PLAINTIFF PARTICIPATE WITH RECREATION (BETWEEN 7:45 A.M. AND 9:45 A.M.) DETAIL OF INCIDENT:

A = 41 OF 45.

THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT:

OFFICER TERRY FOSTER WAS ASSIGN TO UNIT-2 CONTROL ROOM ON JULY 27, 2021 WHO OPEN CELL A-203 RIGHT ABOVE THE PLAINTIFF CELL A-103. THIS INCIDENT WAS CAPTURE ON UNIT-2 A-POD SURVEILLANCE TAPES. OFFICER TERRY FOSTER HELP AND ASSISTED ANOTHER INMATE TO GO INTO CELL A-203 WHO COBB A HOLE INTO THE FLOOR OF CELL A-203, THEN FLOOD THE CELL A-203 SO THE WATER IN CELL A-203 CAN RUN DOWN INTO CELL A-103 (THE PLAINTIFF CELL.) NO OTHER INMATES AND NO OFFICER CAN NOT ENTER CELL A-203 OR ANY CELLS WITHOUT THE HELP OR ASSISTANT OFFICER TERRY FOSTER.

THE PLAINTIFF RETURN FROM RECREATION AND FOUND HIS CELL SOAK WITH WATER, THE PLAINTIFF REQUEST TO SPEAK WITH THE UNIT-MANAGER (DAVIS) OR THE SHIFT COMMANDER. SGT LLOYD DENIED THE PLAINTIFF BOTH (T.D.O.C. POLICIES/RULES VIOLATED.) THEN SGT LLOYD QUOTED IN A VERY SARCATICED MANNER "I AM IN CHARGE, THAT MEAN I AM THE AUTHORITY RIGHT NOW," WITH A VERY SARCATICED SMILE ON HIS FACE.

SGT. LLOYD WITNESS OFFICER TERRY FOSTER CARRY OUT THIS UNCONSTITUTIONAL ACT AND DID NOT REPORT THE INCIDENT TO HIS SHIFT COMMANDERS, AND DID NOT WRITE AN INCIDENT REPORT OF THE MATTER.

PERSONAL PROPERTY DAMAGE:

HOUSE SHOES, MATTRESS, FOOD ON BOTTOM SHELF (2-BOXES SALTINES, 2-BOXES SNACK, 3 BOXES TONY CHACHERES 7 OZ BOX, AND FAN TOTAL DAMAGE.)  #3.24    #402
#8.85                              #28.50   #44.61
THE PLAINTIFF SPENT APPROXIMATE THREE HOURS CLEANING UP WATER INSIDE HIS CELL A-103. NO PERSON DID NOT HELP OR ASSISTED PLAINTIFF WITH THE INCIDENT, RMSI INTERNAL AFFAIR DEPT (SGT. KELLY HUNT) DID NOT INITIAL ANY INVESTIGATION OF THE INCIDENT, * THESE ATTACKS ARE CARRY OUT BY OFFICERS AGAINST INMATES WHO HAS LOW I.Q., NO EDUCATION AND MENTAL ABILITY (MOSTLY BLACK INMATES.) THESE SORT ATTACKS GO UNREPORTED (THE VICTIM DENIED TO CHALLENGE) * THE PLAINTIFF FILE AN INMATE GRIEVANCE ON 7-27-2021 THE SAME OF DAY OF THE INCIDENT.

<u>THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT!</u> I

LEGAL OUT GOING MAIL ATTACK, STOP, HI-JACK, PROHIBIT FROM LEAVING THE INSTITUTION AND CONFISCATED, OVER CHARGING INMATES/PLAINTIFF, TAMPERING WITH INMATE/PLAINTIFF LEGAL PROCESSING. R.M.S.I. OFFICERS/STAFF VIOLATED INMATES/PLAINTIFF FIRST AMAND-MENT CONST RIGHTS, STATE AND FEDERAL CONST RIGHTS, VIOLATED INMATES/PLAINTIFF FOURTEENTH AMANDMENT.

THE PLAINTIFF IS FILING THIS CLAIM/COMPLAINT AGAINST R.M.S.I. ADMIN STAFF, THE R.M.S.I. MAIL ROOM PERSONNEL OFFICER T. BUTLER, AND OFFICER D. HODGES, SGT. LLOYD, SGT: L. STOKES, AND OFFICER C. SORENSEN.

*THE PLAINTIFF FILE AN INMATE GRIEVANCE FORM/COMPLAINT ON JUNE 01, 2021, NOV-MEBER 01, 2020, JUNE 16, 2021.

<u>STATEMENT AND FACTS TO WHAT OCCURED!</u>

THE PLAINTIFF HAS A DEATH-SENTENCE WHO IS CURRENTLY HOUSING AT RIVERBEND MAXIMUM SECURITY INSTITUTION IN UNET-2 WHO COMMUNICATE BY LETTERS, CERT-IFIED MAIL (RECORDS OF DOCUMENT.) THAT MEAN THE PLAINTIFF KEEP A TRACK OF REC-ORDS. ON MAY 17, 2021 THE PLAINTIFF SENT OUT U.S.P.S. CERTIFIED MAIL (LEGAL MAIL) FROM R.M.S.I. ADDRESSED TO

*STATE OF TENNESSEE
GOVERNOR'S OFFICE
GOV. BILL LEE,
STATE CAPITAL 1st Fl.
NASHVELLE, TN 37243-0001
TRACK NO. 7017 1470 0000 5641 8528
PLAINTIFF PAID $8.05

*U.S. DIST ATTY GENE OFFICE
MIDDLE DIST OF NASHVILLE.
ATTY. DON COOHRAN CLERK OF COURT.
ACTING ATTY MARY JANE STEWART.
801 BROADWAY RM. 800
U.S. COURTHOUSE.
NASHVILLE, TN 37203
TRACK NO. 7017-1450-0000-5641-8535
PLAINTIFF PAID $8.05

*THE DEPT CRIMINAL DIVISION -DEPT.
801 R.S. GASS Blvd,
NASHVille, TN 37216-2639
TRACK NO. 7017 1470 0000 5641 8474
PLAINTIFF PAID $8.05

*DAVIDSON COUNTY DIST ATTY GENE OFFICE.
ATTY. GLENN R. FUNK,
20 th Judicial DIST DA OFFICE
222 2nd AVE, N. STE 500
WASHINGTON SQUARE
NASHVILLE, TN 37201-1648
TRACK NO. 7017 1450 0000 5641 8511
PLAINTIFF PAID $8.05

I - 42 OF 45.

<u>THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT: II</u>

THE PLAINTIFF WAS INTENTION OVER CHARGE By SGT. L. STOKES, SGT. LLOYD, AND UNIT-2 CCO OFFICER C. SORENSEN # 32.20 TOTAL FOR SEND OUT FOUR CERTIFIED LEGAL MAIL ADDRESS TO THE ABOVE STATE AND GOVERNMENT OFFICE'S/AUTHORITIES OFFICES.

* U.S.P.S./UNITED STATES POSTAL SERVICE PRICE # 27.80 FOR FOUR CERTIFIED LEGAL MAIL. THE PLAINTIFF DID NOT RECIEVED GREEN CARD RECEIPT BACK (U.S. POSTAL SERVICE CERTIFIED MAIL RECEIPT.)

THE R.M.S.I. MAIL ROOM OFFICERS/PERSONNEL REFUSE TO ANSWER OR RESPOND TO ANY REQUEST SENT BY THE PLAINTIFF.

* THE GRIEVANCE CHAIRPERSON (CPL. S. WARD) REFUSE TO PROCESS OR PROCEDURE GRIEVANCES CONCERNING THESE VIOLATION.

* THE PLAINTIFF CERTIFIED LEGAL MAIL WAS CONFISCATED By R.M.S.I. AUTHORITY WITHOUT COMMIT ANY VIOLATION OF T.D.O.C. POLICIES/RULES.

* THE PLAINTIFF HAS OTHER LEGAL MAIL THAT WAS CONFISCATED AND STOP By THESE INDIVIDUAL AUTHORITIES.

* GRIEVANCE FILE ON 11-02-2020 (MONDAY) AGAINST CPL. T. BUTLER.
* DIR. ALLAN RAMSAUR TN. BAR ASSOCIATION ON 11-01-2020.

* GRIEVANCE FILED 11-12-2020 ABOUT OFFICERS VIOLATED INMATES CIVIL RIGHTS, HUMAN RIGHTS.

* ON 12/21/2020 (MONDAY) PLAINTIFF FILED NINE (9) PAGE GRIEVANCE MISSING.

* ON APRIL 15, 2019 INCIDENT. NO DISCIPLINARY HEARING WAS NOT HELDED (ILLEGAL PLACED IN SEGREGATION CONFINEMENT FOR 2.5 YEARS.)

* ON 2-23-2021 MAIL TO U.S. MIDDLE DIST COURT OF NASHVILLE REQUEST FOR U.S.C. 1983 FORM.

* ON 1-14-2021 (THURSDAY) GRIEVANCE FILE OFFICER M. CARTER ASSAULTED PLAINTIFF, MISSING.

THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT? III

* ON 3/23/2021 (TUESDAY) DEPT OF THE TREASURY (IRS) KANSAS CITY, MO 64999 .0002 NO RESPOND.

* ON 3/23/2021 (TUESDAY) U.S. DIST ATTY GENE OFFICE NASHVILLE THE PLAINTIFF REQUEST 42 U.S.C. 1983 CIVIL RIGHTS/COMPLAINT, NO RESPOND, ALSO WROTE ATTY DON COCHRAN, 801 BROADWAY RM.800 NASHVILLE, TN 37203. NO RESPOND.

* ON 4-08-2021 (THURSDAY) THE PLAINTIFF FILE AN COMPLAINT AGAINST SHELBY CO MEMPHIS TN DA'S. NO RESPOND FROM BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE. (THE PLAINTIFF DISCOVERY RECORDS SHOW SHELBY CO DA STAGE THE CRIME SCENE) CRIME SCENE] NO RESPOND.

* ON 4-08-2021 (THURSDAY) THE PLAINTIFF WRITE A LETTER TO U.S. DIST COURTHOUSE REQUEST FOR 42 U.S.C. 1983 FORM CIVIL RIGHTS/COMPLAINT, THESE REQUEST WAS CONFISCATED AND NOT SENT OUT BY THE R.M.S.I. MAIL ROOM (CPL. T. BUTLER AND OFF. D. Hodges.)

* THE PLAINTIFF OUT GOING LEGAL MAIL ARE NOT A THREAT OR VIOLATION, THE PLAINT-
IFF ARE EXERCISE HIS STATE AND FEDERAL CONSTITUTION RIGHTS CONCERNING THE PLAI-

NTIFF UNCONSTITUTIONAL ATTACKS CARRY OUT BY OFFICERS. THESE OFFICERS ARE STOPP-

ING AND PROHIBIT THE VICTIM OUT GOING LEGAL MAIL TO COVER UP OFFICERS CORR-

UPT AND CRIMINAL BEHAVIOR AGAIN INMATES/PLAINTIFF. THE PLAINTIFF WAS TREATED

LIKE A SLAVE BY THESE INDIVIDUAL OFFICERS, THE PLAINTIFF PERSONAL PROPERTY WAS ATT-

ACK BY OFFICER TERRY FOSTER, THE PLAINTIFF WAS ASSAULTED BY OFFICER MICHAEL CARTER,

THE PLAINTIFF DAILY MEALS WAS UNSAFE AND DELIVERY OFFICERS WITH THE INTENT

TO CAUSE THE PLAINTIFF ILLNESS OR DEATH, THE PLAINTIFF WAS SEXUAL HARASS

(AGGRAVATE STALKING AND GAWKING) OFFICERS HOLDING SEXUAL CONVERSATION

WITH OTHER INMATES ABOUT THE PLAINTIFF (FAKE & FABRICATION HOMOSEXUAL

HARASSMENT, THESE SAME INDIVIDUAL OFFICERS PLAINTED A HOME MADE WEAPON

(ICE-PICK) ON THE RECREATION YARD, THESE INDIVIDUAL OFFICERS TRY TO

PROVOKE THE INTO AN ALTERCATION TO JUSTIFIED THESE VIOLATION/ATTACKS.

III 42 OF 45.

<u>THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT:</u>

<u>ACCESS TO THE COURTS VIOLATION:</u>

THE PLAINTIFF FILE NUMEROUS OF INMATE GRIEVANCES FORM/COMPLAINT REGARD THESE VIOLATION,

AFTER THE PLAINTIFF WAS ATTACK/VIOLATED R.M.S.I. AUTHORITIES (UNIT-2 OFFICERS STOKES, FIRESTINE, SIMMONS, CASTINO, J. DAVIS, CARTER AND FOSTER) DENIED THE PLAINTIFF ACCESS TO LEGAL MATERIAL, PAPER, LEGAL PARALEGAL AIDE, COPIES, TYPE-WRITER MATERIAL, GRIEVANCE DUE PROCESS, DENIED REQUEST (GO UNANSWER), THE VICTIM/PLAINTIFF OUT GOING MAIL ARE CONFISCATED, HI-JACK WITH OUT COMM-IT ANY VIOLATION, THE VICTIM/PLAINTIFF ARE PROHIBIT FROM SEEKING JUSTICE INVOLVING THESE ATTACKS/VIOLATION, THE PLAINTIFF OUT GOING LEGAL MAIL ADDRE-SS TO THE COURTS, TBI, FBI, GOVERNOR OFFICE, T.D.O.C. COMMISSION DEPT/OFFICE, DOJ DEPT, LEGAL MAIL ARE PROHIBIT, NOTARY PUBLIC SERVICE ARE DENIED, * R.M.S.I. AUTHORITIES ARE VIOLATED INMATES/PLAINTIFF STATE AND FEDERAL CONSTITUTIONS RIGHTS, CIVIL RIGHTS, HUMAN RIGHTS, ACCESS TO 42 U.S.C. 1983, UNIFORM ADMINISTRATIVE PROCEDURES ACT, INMATES/PLAINTIFF ARE PLACED IN SEGREGATION CONFINEMENT ILLEGAL THAN OFFICERS ARE ENCOU-RAGE OFFICERS TO TAUNT THE VICTIM/PLAINTIFF (TRYING TO PROVOKE THE VICTIM/PLAINTIFF INTO ALTERCATION. SOME INMATES ARE NOT HEAR TO TESTIFIED THESE VIOLATION/ATTACKS), OFFICERS ARE HIDE BEHIND THEIR BADGE, UNIFORM, AND TENNESSEE STATE LAWS ATTACKING INMATES/PLAINTIFF, SABOTAGE INMATES/ PLAINTIFF 42 U.S.C. 1983 CIVIL RIGHTS DUE PROCEDURE/PROCESS, UNIFORM ADMINISTRATIVE PROCEDURES ACT.

THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT:

TITLE VI BIAS, PREJUDICE, DISCRIMINATION AND ABUSE OF POWER AGAINST INMATE/
PLAINTIFF.

THE PLAINTIFF IS FILING THIS CLAIM AGAINST R.M.S.I. CLASSIFICAT-
ION COUNSEL MANAGER (MR. WARREN S. TATE), MR. MICHAEL D. KEYS.

STATEMENT AND FACTS IN THIS MATTER/INCIDENT:

FOR APPROXIMATE 32 MONTHS MR WARREN S. TATE AND MR. MICHAEL D. KEYS
HAS BEEN ILLEGAL HOLDING THE PLAINTIFF IN SEGREGATION CONFINEMENT
WITHOUT ANY F.D.O.C. DUE PROCESSING REQUIREMENT HEARING, AND WITHOUT
THE PLAINTIFF COMMIT ANY VIOLATION OR INFRACTION. THESE INDIVIDUAL AUTHOR-
ITIES HAS INTENTION TREATED THE PLAINTIFF DIFFERENT (BIAS & PREJUDICE).

R.M.S.I. DEATH SENTENCE INMATES HAS THREE (3) LEVEL PROGRAM.

* MINIMUM/MEDIUM -A-LEVEL, CLOSE B-LEVEL, MAXIMUM C-LEVEL.

THE PLAINTIFF WAS ILLEGAL PLACED IN SEGREGATION CONFINEMENT (MAXIMUM C-LEVEL)
FOR 18 MONTHS WITHOUT A HEARING OR WRITTEN STATEMENT OR WITHOUT COMMIT ANY
VIOLATION.

THE PLAINTIFF SPENT 12 MONTHS ON CLOSE B-LEVEL AGAIN WITHOUT ANY F.D.O.C DUE
PROCESSING OR COMMIT ANY VIOLATION, AND WITHOUT ANY WRITTEN STATEMENT QUOTE
OF THE PLAINTIFF VIOLATION.

* THIS ARE A LIST OF OTHER INMATES WHO COMMITED A VIOLATION WHO RECEIVED
DISCIPLINARY REPORT AND DISCIPLINARY HEARING, AND WHO DID LESS CONFINEMENT
TIME/PUNISHMENT THEN THE PLAINTIFF, SOME OF THESE INDIVIDUAL INMATES HAS
RECEIVED MULTIPLE DISCIPLINARY REPORTS AND STILL DONE LESS CONFINEMENT
TIME/PUNISHMENT THEN THE PLAINTIFF (PLEASE KEEP IN MIND THAT THE PLAI-
NTIFF HAS NEVER RECEIVED ANY DISCIPLINARY INFRACTION).

<u>THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT:</u>

THESE INDIVIDUAL INMATES RECEIVED LESS CONFINEMENT PUNISHMENT TIME AND T.D.

O.C DISCIPLINARY HEARING WAS HEADED ON THESE INDIVIDUAL INMATES.

1. I/M JOHN HALL #238841, 2. I/M MIKE BANE #98568, 3. I/M CORINO PRUITT #285193,

4. I/M HECK YAN TRAN #129356, 5. I/M RICHARD ODOM #21563, 6. I/M MICHAEL RIMMER #110874,

7. I/M WILLIAM ROGERS #234873, 8. I/M MICHAEL SAMPLE #101945, 9. I/M RICKY BELL #503500,

10. I/M ROSHAWD MILLER #455404, 11. I/M VINCENT SIMS #149011, 12. I/M JAMES DELLINGER #218865,

13. I/M CHARLES RICE #144182, 14. I/M LEMARICUS DAVIDSON #328954, 15. I/M DAVID IVY #204455,

16. I/M ANTHONY HINES #109283, 17. I/M JESSIE DOTSON #241 710, 18. I/M TYRONE CHALMERS #265398,

19. I/M JOHNSON NICKOLUS #421286, 20. I/M AKIL JAHI #221001,

EACH ONE OF THESE INDIVIDUAL INMATES DONE LESS CONFINEMENT PUNISHMENT THEN

THE PLAINTIFF. *AFTER A HEARING, AND AFTER RECEIVING GUILTY VERDICT.

MR TATE, AND MR KEYS REFUSE TO EXPLAIN THESE BIAS AND PREJUDICE MISCON-

DUCT VIOLATION COMMITTED AGAINST THE PLAINTIFF (DIFFERENCE AND HARDNESS PUNI-

SHMENT ISSUE AGAINST THE PLAINTIFF)

THESE SAME INDIVIDUAL AUTHORITIES ABUSE THEIR POWER AGAINST THE PLAINTIFF

OVER FIVE (5) DIFFERENT TIME WITHOUT QUOTE ANY REASON OR GOOD CAUSE,

OR WITHOUT THE PLAINTIFF COMMIT ANY VIOLATION.

* MENTAL HEALTH DEPT STAFF ARE COVER UP THESE VIOLATION AS WELL AS R.M.S.I.

/T.D.O.C. PROFESSIONAL EXPERT (THEY KNOW IT WRONG AND DANGER TO INMATES

/PLAINTIFF MENTAL HEALTH.)

*THE PLAINTIFF FILED GRIEVANCES AND INMATE REQUEST FORM ON THESE VIOLATION. AND

DID NOT RECEIVED ANY RESPOND OR RELIEF.

II - 43 OF 45.

THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT: I.

## RELIEF REQUESTED:

STATE BRIEFLY WHAT YOU WANT THE COURT TO DO FOR YOU. DO NOT MAKE ANY LEGAL ARGUMENT OR CITES ANY CASE OR STATUTES.

* THE PLAINTIFF REQUEST THAT R.M.S.I. AUTHORITIES TO PAY ALL LEGAL FEES REGARDING THIS ACTION 42 U.S.C 1983 CIVIL RIGHTS/COMPLAINT, ALL COURTS FEES, IF NEEDED ALL ATTORNEYS FEES.

* THE PLAINTIFF REQUEST THE COURTS TO ORDER R.M.S.I. AUTHORITIES (OFFICERS INVOLVE SIMMONS, J. DAVIS, EX-CASTILLO, FIRESTINE, LLOYD, CARTER AND FOSTER PAY IN FULL OF PLAINTIFF PERSONAL PROPERTY THAT WAS DAMAGE, SABOTAGE OR BROKEN BY OFFICER TERRY FOSTER) THESE INDIVIDUAL OFFICERS KNEW, WITNESS AND HAD KNOWLEDGE OF OFFICER TERRY FOSTER MISCONDUCT (EACH ONE OF THESE OFFICERS WAS PRESENCE WHEN EACH ATTACK WAS CARRY OUT AGAINST THE PLAINTIFF PERSONAL PROPERTY.)

* THE PLAINTIFF REQUEST THE COURTS TO ORDER R.M.S.I. ADMIN TO PAY PUNITIVE DAMAGE, EMOTIONAL DISTRESS (THE PLAINTIFF WAS FOOD POISON INTENTION BY OFFICERS J. KELLY, T. FOSTER, L. STOKES, AND J. DAVIS WHICH CAUSE THE PLAINTIFF SICKNESS APPROXIMATE THREE WEEKS EACH TO RECOVER, THE PLAINTIFF PASS OUT ONE TIME.) FOR THESE MALICIOUS HARASSMENT (HATE CRIME WAS CARRY OUT BY THESE SAME INDIVIDUAL OFFICERS WHO TREATED THE PLAINTIFF LIKE A SLAVE, WHO ISSUE THE PLAINTIFF UNSAFE DAILY MEALS WITH MOUSE DROPLET IN EACH MEAL ON TWO OCCASION, ISSUE BY SGT. D. CASTILLO AND CPL. JAMIE DAVIS.

RELIEF REQUESTED:

STATE BRIEFLY WHAT YOU WANT THE COURT TO DO FOR YOU. DO NOT MAKE ANY
LEGAL ARGUMENT OR CITE ANY CASE OR STATUTES.

*THE PLAINTIFF REQUEST THE COURTS TO ADDRESS R.M.S.I. AUTHORITIES ABUSE
OF POWER BY PLACE AN INMATE/PLAINTIFF IN SEGREGATION CONFINEMENT ILLEG-
AL (WITHOUT ANY T.D.O.C. DUE PROCEDURE/PROCESS HEARING AND WITHOUT THE INMA-
TE/PLAINTIFF COMMIT ANY VIOLATION OR DISCIPLINARY INFRACTION) THESE ARE
EMOTIONAL DISTRESS DAMAGE TO INMATE/PLAINTIFF MENTAL HEALTH (THE PLAINT-
IFF WAS DENIED ALL PRISON PRIVILEGE (INCLUDE GED/SCHOOL PROGRAM, STATE PAY,
CONTACT VISITOR AND OTHER ECT.)

DO TO THE HARDSHIP PUNISHMENT HAND-DOWN AGAINST FOR APPROXIMATE 2.5
YEARS WITHOUT A GOOD REASON OR GOOD CAUSE, OR AN WRITED VIOLATION THE
PLAINTIFF REQUEST THE COURTS FOR R.M.S.I. ADMIN TO PAY $300.000 DOL-
LARS IN RELIEF PROPERTY DAMAGE AND PUNITIVE DAMAGE. THE ADMIN STAFF
FAILURE TO PROVIDE THE PLAINTIFF SAFE MEALS, SAFE ENVIRONMENT, EQUAL
AND FAIR OPPORTUNITIES (LIKE OTHER INMATES), THE PLAINTIFF WAS TAUNTED
AND MALICIOUS HARASSMENT BY OFFICERS ON DAILY BASIC, THE R.M.S.I. AUTH-
ORITIES FAILURE TO CORRECT OR ADDRESS THESE VIOLATION AND HATE CRIME,
THE PLAINTIFF WAS ATTACK BY OFFICERS FOR EXERCISE HIS FEDERAL CONST
42 U.S.C. 1983 CIVIL RIGHTS, THE PLAINTIFF WAS ATTACK BY OFFICERS BEC-
AUSE HE REFUSE TO ENGAGE/PARTICEPATE IN HOMOSEXUAL ACTIVITIES,
THE PLAINTIFF WAS AGGRAVATED SEXUAL STALK AND GAWK BY OFFICERS.

THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT: III.

STATE BRIEFLY WHAT YOU WANT THE COURT TO DO FOR YOU. DO NOT MAKE ANY
LEGAL ARGUMENT OR CITE ANY CASE OR STATUTES.

*THE PLAINTIFF PERSONAL PROPERTY WAS ATTACK AND VIOLATED BY OFFICER TERRY FOSTER
FOR THE PURPOSE OF AN ALTERCATION (TRY TO DEFEAT AND PROVOKE/TAUNT THE PLAI-
TIFF INTO A FIGHT.)

THE HIGH RANK R.M.S.I. AUTHORITIES DID NOT CORRECT OR ADDRESS THESE
DIRTY SLAVE HATE CRIME ATTACKS AGAINST THE PLAINTIFF.

THE PLAINTIFF ENDURE THESE VIOLATION OVER EIGHT YEARS FROM THIS ADMIN
STAFF AND OFFICERS, THESE INDIVIUAL OFFICERS KNEW THEIR MISCONDUCT WAS
IN VIOLATION AND WRONG. THESE SAME INDIVIDUAL USE OTHER INMATES AS HOMO-
SEXUAL BATE (TAUNT THE PLAINTIFF WITH STAGE HOMOSEXUAL ACTIVICIES) OFFI-
CERS ENCOURAGE INMATES TO PLOT HOMOSEXUAL ACTIVITIES TO PROVOKE AND TAU-
NT THE PLAINTIFF ON DAIRY BASIC.

R.M.S.I. ADMIN STAFF/AND OFFICERS COVER UP THE PLAINTIFF CRUEL AND HAR-
DSHIP PUNISHMENT OVER EIGHT YEARS.

*THE PLAINTIFF REQUEST COURT TO MAKE CONTACT WITH THE PROPER AUTHORITY
REGARDING INMATES/PLAINTIFF STATE AND FEDERAL INMATE CONSTITUTIONS RIGHTS
ARE VIOLATED BY R.M.S.I. STAFF AND OFFICER, SOME OF THESE INDIVIDUAL
OFFICERS ARE COMMIT SEXUAL RELATED MISCONDUCT AGAINST INMATES/PLAINTIFF
(THE PLAINTIFF HAS ATTEMPT TO REPORT THESE VIOLATION AND ATTACK TO FBI
DEPT, FBI DEPT, DOJ DEPT, TN STATE GOVERNOR OFFICE AND OTHER STATE
AND GOVERNMENT AGENCY (THE PLAINTIFF REQUEST FEDERAL INVESTIGATION.)



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE INQUIRY - INFORMATION REQUEST

*R.M.S.I. MAIN LIBRARY*
**INSTITUTION**

*E/m HENRY L. JONES*
**INMATE NAME** *(Please Print)*

*#455040*
**INMATE NUMBER**

UNIT: *#2*     ROOM / BED: *A-103-CELL*     DATE: *July 30, 2021*

*CCO. Biggers*

ROUTED TO: ☐ Unit Manager     ☒ Inmate Relations Coordinator (IRC)     ☐ Counselor     ☐ Job Coordinator

1. Inmate Inquiry/Request: *Bounds v. Smith, 430 U.S. 817 (1977).*
*E/m Jones request for NOTARY PUBLIC as soon as possible legal*
*matter/court processing. Thank you.*

*Henry L. Jones #455040*

2. Action by Counselor/IRC:
*UNANSWER NO RESPOND August 05, 2021 (THURSDAY).*

*Henry Lee Jones #455040*

_____     _____
COUNSELOR / IRC SIGNATURE                          DATE

3. Action by Record Office:

_____     _____
RECORD'S OFFICE STAFF SIGNATURE                    DATE

4. Sentence Management Service (SMS) Response:

_____     _____
SMS STAFF SIGNATURE                               DATE

CR-3118 (Rev. 1-07)     White - Inmate     Canary - Record Office     Pink - Counselor IRC     RDA 1167



# TENNESSEE DEPARTMENT OF CORRECTION
# INMATE INQUIRY - INFORMATION REQUEST

_R.M.S.I. MAIN LIBRARY_
**INSTITUTION**

_I/M HENRY L JONES_      _#455040_
**INMATE NAME** *(Please Print)*      **INMATE NUMBER**

UNIT: _#2_    ROOM / BED: _A-103-CELL_    DATE: _July 23 2021_

_CCO. BIGGERS_

ROUTED TO: ☐ Unit Manager ☒ Inmate Relations Coordinator (IRC) ☐ Counselor ☐ Job Coordinator

1. Inmate Inquiry/Request: _Bounds V. Smith, 430 U.S. 817 (1977),_
_t/m Jones request for NOTARY PUBLIC AS SOON AS POSSIBLE LEGAL_
_MAIL/COURT processing/procedures._
_Thank you_
_Henry Lee Jones #455040_

2. Action by Counselor/IRC:
_unanswer NO RESPOND from INSTITUTION STAFF/OFFICER_
_August 05, 2021 (THURSDAY)_

_Henry Lee Jones #455040_

_____     _____
COUNSELOR / IRC SIGNATURE             DATE

3. Action by Record Office:

_____     _____
RECORD'S OFFICE STAFF SIGNATURE       DATE

4. Sentence Management Service (SMS) Response:

_____     _____
SMS STAFF SIGNATURE             DATE

CR-3118 (Rev. 1-07)     White - Inmate     Canary - Record Office     Pink - Counselor IRC    RDA 1167

THE NEXT 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT INCIDENT:

FINAL PAGE:        CERTIFICATE OF SERVICE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 5th day OF AUGUST, 2021.

SIGNATURE: Henry Lee Jones #455040
HENRY LEE JONES #455040

SUBSCRIBED AND SWORN BEFORE ME THIS_____ day of_____

NOTARY PUBLIC_____

MY COMMISSION EXPIRES_____

SEAL

*THE PLAINTIFF REQUEST FOR NOTARY PUBLIC WENT UNANSWER.

IF EXECUTED WITHIN THE UNITED STATES, ITS TERRITORIES, POSSESSIONS, OR COMMONWEALTHS: "I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. AUGUST 05, 2021.

SIGNATURE: Henry Lee Jones #455040
R.M.S.I. UNIT-2 A-103-CELL.
7475 COCKRILL BEND IND. BLVD,
NASHVILLE, TN 37209-1048